IN The Circuit Court of Lincoln
Civil Division

ELECTRONICALLY FILED
Lincoln County Circuit Court
Cindy Glover Circuit Clerk
2021-Dec-13  10:15:18
40CV-21-116
C11WD05 : 63 Pages

Deverick Scott #131042
on behalf of all prisoners housed
in Arkansas Division of Correction

1of A
exhibits: 1-53
petitioner

v.        Case No. _____
      " Jury  Demand "

Dexter Payne et al
in their individual and          Respondent
official capacities

Judicial Review, Injunction Relief and
Civil Complaint "Arkansas state tort negligence

Comes now petitioner D. Scott #131042 to file his administrative
Judicial Review/Injunction relief and Civil Complaint of Ark state
tort negligence and U.S.C violations.

I.   Statement of Facts

The Defendants/Respondents in above style claim is involve in a criminal
conspiracy to retaliate on petitioner Scott to keep him housed in punitive
isolation unlawfully con finement. Petitioner Scott is subjected to retaliation;
harassment abuse of authority for his use of prisoner grievance procedure
and 42 U.S.C complaint. The Defendants/respondents mention herein
conduct violates ADC policy & procedure AD #00-10 Employee Conduct
Standards, A.C.A #16-123, 105-128, 1st, 4th, 5th, 8th, 14th amendments
of A.S.C.; U.S.C; and Arkansas state tort claims of negligence.

2 of 11

## Retaliation motive

Inmate Scott file Scotts Correct Case No. 4:19-cv-854-JM-JTR, Scott vs Varner Supermax, et al 40cv-20-17 in Lincoln County Circuit Court, Scott vs Plummer 5:19-cv-74-BSM which lead to conspiracy to retaliate on Scott in this present claim.

Note: look for #'s at bottom of exhibits for page references.

1. see exhibit: 38 to see Lt. Washington retaliate tell his officers to take Scott yardcall and due to him being supervisor he's officers allow him to retaliate on Scott and cover it up.

2. Sgt. Dunlap retaliate on Scott write falsify disciplinary on Scott plant illegal drugs on him and not investigated, (see exhibit: 39-40)

3. Sgt. Dunlap first retaliate falsify statement while Scott in medical/mental health jacket review stating Scott was master bating (exhibit: 41-42)

4. Sgt. Dunlap wasn't even in mental health jacket, Scott was talking to mental health counselor Mrs. Varner, But Sgt. Dunlap didn't no it, cause she wasn't in hallway and couldn't see counselor who was sitting right in front trap. Scott ask for camera footage review, witness statement from Mr. Varner. And was denied by Warden Gibson, Sipman, Major Carroll, Dexter Payne, Raymond Naylor, Disciplinary Judge to cover up for Sgt. Dunlap ADC policy violation. (see exhibits: 43-51

A. Sgt. Dunlap Lt. Washington retaliate on Scott have Cpl. Sawyer write a falsified Disciplinary on Scott 7/15/21 saying he was master bating in medical jacket review

_____

5. On 7/15/21 Scott was standing in cage talking to another officer in mate. Scott had a camera inside his cage. Scott look over seen Sgt. Dunlap again aproaching visa control booth. Sgt. Dunlap from outside visa hallway could only see Scott head. Sgt. Dunlap

female officer Cpl. Sawyer in control booth and stated:
Scott Jacking off to Lt. Washington. Cpl. Sawyer looked
around Wall said no he aint, Scott didn't no she was in control
booth. She didn't no Scott was in control booth. She had to look
around Wall to see where Scott was even at. This was done again
to retaliate, harass Scott and cancel his medical Jacket review. (see exhibit
1-2) Sgt. Dunlap, Lt. Washington had Cpl. Sawyer write disciplinary

6. Scott wrote letter to Warden Gibson, Shipman, Dexter Payne to
investigate review camera footage and asked Cpl. Sawyer didn't she
actually see inmate Scott masterbating.

7. Scott went to disciplinary court and was found guilty by Disciplinary
Judge Mr. Minor denying Scott his witnesses requested; camera review
that will prove from 6:00 when scott enter medical Jacket review at no
time did Scott touch his penis, or pull it out. Scott told Mr. Minor
to asked Cpl. Sawyer did she actually see scott penis or did Sgt. Dunlap
tell her to. (exhibit: 1-2

8. Sgt. Franklin refuse to put camera review down as a witness when
Scott asked Caused he stated it's against ADC policy for inmates to
call camera review to prove they innocence. (53)

9. Scott wrote grievance on 7/13/21 incident with Sgt. Dunlap, Lt. Washington, Cpl. Sawyer
on 7/13/21 (exhibit:14); and on 7/16/21 which was rejected as a disciplinary
matter. (exhibit: 11-13

Equal Protection/Retaliation move Scott from cellblock #5-57 to cellblock
#1-22 put health and safety at risk put in cell with lock
on drop and key held outside barracks in no control booth.
Scott ~~moved~~ was moved to cellblock #1-22 by Major Caroll,
Cpl. Plummer for Cpl. Sawyer falsified disciplinary

10. On 7/18/21 on a sunday Cph Plummer, Major Carroll in retaliation of pass greivances and lawsuit Scott filed on their abuse they authority use Cpl. Sawyer disciplinary to move Scott to cell #1-22 putting his life in danger by putting a key lock on his trap. #22 cell is already a special trap with a bread box with 2 extra locks than regular cells. But Cpl. Plummer put a key lock on his trap and put key in virt control booth. So now Scott got to wait to be feed, recieve laundry bags, commissary, legal law libary call every thing unto th booy's key to unlock Scott cell. But if Scott have any medical problem, or cell catch on fire Scott could die before somebody bring key. Sometimes they loose key and got to find out who got key. (exhibit: 15-18)

<u>Retaliation Motive by Lt. Washington</u>

11. On 7/21/21 Scott wrote another grevance virt #21-1557 on conspiracy of Sgt Dunlap, Lt. Washington to steady sexual harass Scott by having Cpl. Sawyer write falsified disciplinary she seen Scott expose penis and how Major Carroll, Cph Plummer, Cph brown refuse to investigate and take corrected action. (D.E # 24-28)

B. Lt. Washington 7/24/21 falsistation disciplinary written on 7/24/21 to abuse his authoritty steal Scott personal property "20 headphones, 1 deodorant" and have Scott locked up unlawfully in punitive isolation

12. On 7/25/21 Scott had his 20" Dobbs headphones in trap watching movie call. So when Lt Denny come to his cell to get his laundry bags. He had Scott put his 20" headphones back in his

cell. That morning at breakfast cell Sgt Taylor let    Sof 11 Scott put his 20" headphones in trap to listen to movie cell. Scott had put his deodorant in trap also. Sgt Taylor locked Scott trap back with key lock.

B. Lt. Washington retaliation disciplinary written on 7/24/21 for Scotts pass use of grievances

13. In evil motives and intent on Taylor Lt. Washington came to Scott cell to feed him lunch. Once he made it to Scott cell, he seen Scott headphones and deodorant in his trap. And stated: He caught an officer trafficking and trading Scott property to Cpl. Sawyer who was feeding Scott neighbor. He then took Scott property out his trap.

14. Scott told him he put that in trap at breakfast. He could ask Lt. Denny, Sgt Taylor aint no police put that in his trap.

15. Lt. Washington took Scott property and didn't give him a property form and wrote Scott a falsified retaliatory disciplinary saying Scott told him to: "take his deodorant, headphones to an inmate in Carl Jackson # 098003 in Not-23 cell.

16. note: This was done cause when Lt. Washington ask Lt. Denny, Sgt Taylor about headphones, deodorant they told ~~Scott~~ Lt. Washington yes it was Scott property so he had to find a way take Scott property. And to lock Scott back up in punitive isolation.

Witness

17. Once Scott set in iso 4 and telling inmates what Lt. Washington did. The white inmate told me to report it. He was inmate Jackson and said he had written several grievances on Lt. Washington thats why he use him like that.

18. Scott wrote letters to Warden Gibson, Shipman, 6of 11
Major Carroll, to investigate and they refuse

19. Then while I'm still in Holston 4 Lt. Washington write another
inmate a Disciplinary for popping a sprinkler in cellblock #1.
On 8/24/21 and in retaliation again charge inmate scott in disciplinary
for sprinkler $32.89, $11.57, $56.03 (exhibit: 37)

20. Scott appealed Disciplinary by Lt. Washington saying ask Lt. Denny,
Sgt. Taylor they would of told Lt. Washington first asked them about head-
phones, and deodorant camera footage to see he had that in his trap alongst
end Lt. Washington just walked up put it on floor. scott was found
guilty on incomplete record denied witness requested (exhibit: 30)

21. Scott wrote grievances on 7/24/21.

22. Lt. Washington further retaliated on 11/24/21 once he took headphones,
deodorant he took key lock off pipechase what was there for security
reasons to help inmates from crawling out pipechase stabbing inmates
like just recently happen and put another key lock on scott trap. Scott
already had one key lock and regular lock on trap. This one done in
harassment, retaliation and to intimidate Scott but put scott life in further
danger. They haven't ran no fire, safety drills to see if they could
get inmates out cell in time if his cell catch on fire. (exhibit: 31-36

  II.  Judicial Review

23. When Scott was brought disciplinary by Sgt. Frank for Cpl. Sawyer
7/15/21 disciplinary he requested camera review, questions Cpl. Sawyer
and told them they had wrong cell, He wasn't in 5-59 cell but 5-57
they had wrong inmate. Scott notified Ms. Minor his same

defense and was denied and disciplining court                    7 of 11

24. ADC policy states inmates is not allowed to call Camera
for witness. This is a blanket ADC policy that violates all inmates
1,14 amendment procedure due process of Disciplinary hearing

A. The Refusal to call Scott's witness "Camera review" denied
due process. And fact Scott told them they had wrong cell and call Cpl.
Sawyer she'll tell them she didn't see me masterbating that Sgt Dunk,
Lt. Washington told her that. Prisoners have right to call witnesses when
it is not "unduly hazardous to institutions safety or correctional goals"
Wolf vs McDonell, 418 U.S. at 566, witnesses may be denied for such reasons
as "irrelevance, lack of necessity, or the hazards presented in individual cases.
None of these reasons apply in this case, and none of them where stated
by hearing officer.

Defendants/Respondents Minor Gibson, Shipman, Carroll, Naylor, Payne denied
to check camera review before Scott was fand guilty at disciplinary hearing
and in disciplinary Appeal process on incomplete record on presumption of guilt
on officer word alone. This justification, therefore amounts to the kind of blanket
policy of denying witnesses or type of witnesses that courts have repeatedly
struck down as violating due process. Whitlock v. Johnson, 153 F.3d 380, 388
(7th Cir. 1910); Mitchell v. Dupnik, 75 F.3d 517, 525 (9th Cir. 1996); King vs wells,
760 F.2d 89, 93 (6th Cir. 1985).

The (Camera review) witness requested will prove scott never had
his penis expose on medical Doctat review. Courts have held repeatedly
that the refusal to call witness will personal knowledge of incident in
question denied due process. This is especially so when a prisoner "faces a
credibility problem trying to disprove the charge of prison guard."
Ramos v. Kerby, 936 F.2d 1102, 1104 (10th Cir. 1991).

III. Lt. Washington, Sgt Dunlap retaliate to tell
Cpl. Sawyer write me a false Disciplinary violated
my 1st amendment right of U.S.C.

25. See paragraphs 5-9

IV. Legal Claims

A. 26. The conduct of Lt. Washington, Sgt Dunlap to have Cpl. Sawyer
write a false disciplinary on Scott in retaliation of Scott use of inmate
grievance procedure and 42 U.S.C § 1983 complaint violated Scott's 1st
amendment right of U.S.C, and conspiracy Ark. state tort negligence Art.2, §8,
A.C.A 16-123-105, 128, 18 U.S.C

27. The conduct of Lt. Washington, Cpl. Plummer to put Scott in a cell
and put extra lock with a key on his bunk top where key not keep in
barracks with Scott besides all his other 3 locks on his door without doing
no fire and safety inspection to see if they would be able to get Scott out
his cell if fire started where he had to wait for somebody to get key or find it.
This conduct to harass, intimidate, retaliate on Scott for his use of inmate
grievance, U.S.C § 1983 complaint, thus violated Scott's 1st, 8th, 14th amendment right
of U.S.C;

28. The conduct of Lt. Washington to steal Scott property unlawfully
(seize / confiscate),
without giving him a property form in retaliation of Scott use of inmate
grievance on him violated Scott 1st, 4th, 14th amendment right of U.S.C.

B. Judicial Review

29. The ADC policy to deny inmate Scott and other inmate camera
review footage to prove his innocence on (1) Cpl. Sawyer 7/15/21 and
(2) Lt. Washington 7/24/21 where Defendant minor found him guilty with
incomplete record without camera footage he requested violated Scott's 14th
amendment due process right, Devin Ryne Raymond Naylor, Warden Gibson refuse
camera footage on appeal to prove Scott innocence,

30. This Court has jurisdiction over the plaintiff     9 of 11
Arkansas state law tort claim under Ark. Code. Ann
§16-13-201 et seg. The Lincoln County of Ark. Circuit Court is
appropriate venue under Ark. Code. Ann §16-60-101 et seg. because it is
the county plaintiff reside in at this time.

## V.  Defendants

31. Dexter Payne. Director of ADC
32. Marshall Reed, assistant director of ADC
33. Raymond Naylor Disciplinary administrator for ADC
34. Mh. Minor. Disciplinary Judge for ADC
         all addresses: 6814 Princeton Pike
         Pine Bluff, Ar 72201


35. Warden Gibson. Warden of VSM
36. Warden Shipman, assistant Warden of VSM
37. Major Carroll. Major of VSM unit
38. Lt. Washington. Lt of VSM.
39. Cpt. Plummer of VSM.
40. Sgt. Dunlap. Of VSM.
41. Cpl. Sawyer   Cpl of VSM.
42. ~~Cpl Gabriel~~ all of VSM unit
         P.o box 600
         Grady Ar 71644

## V. Claims of Relief Requested

Wherefore, plaintiff/petitioner requests the court grant the following relief:

A. To issue an injunction relief ordering Dexter Payne to:

1. Reverse all disciplinary from inmate Scott disciplinary file he requested camera review to prove his innocence and he was denied.

2. Change ADC policy inmates allowed to call camera review as witness to prove his innocence.

3. Release Scott to population, give him class I with his good time credit dating back to first disciplinary he ask court for camera review to prove his innocence.

B. Award compensatory damages in the amount:

1. Sgt Dunlap, Lt. Washington these jointly and severally for retaliation Hill Cpl. Sawyer wrote Scott a falsified disciplinary for his use of grievance procedure against them.

2. $5,000 jointly and severally against Cpl. Plummer, Lt. Washington to put Scott in a cell with deliberate indifference to his health & safety violating his 8th, 14th amendment right of USC "equal protection, cruel and unusually punishment.

3. $5,000 against Lt. Washington to let Scott retaliate on Scott abuse his authority and steal Scott property (headphones, deodorant).

C. Award punitive damages in the followings:

1. $5,000 a piece against Lt. Washington, Cpl. Sawyer, Sgt. Dunlap, Cpt. Plummer

D. Other reliefs:                                                11 of 11

1. Several normal damages

2. Court cost and expenses and attorney fees

3. Jury trial

4. Criminal Charges file for criminal conspiracy
   violations A.C.A 16-123-105-128

        Pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621 I declare
under Penalty of Perjury that the foregoing is true and correct.

Respectfully submitted
10/25/21 Deverick Scott # 131042        Deverick Scott # 131042
                                                        11/6/21

      P.o box 600
      Grady, Ar 71644

              Certificate of Service

I, Deverick Scott on 10/28/21 put petition in KSM mailbox
by giving to Sgt at legal mail call.

RECEIVED
851 88
SEP 14 2021
Director
Arkansas
Department of Correction

F-831-4
**Major Disciplinary Appeal Form**

Inmate Name _Deverick Scott_ ADC# _131042_

Unit/Center _VSM_ Punitive Isolation ___ Yes _✓_ No

Disciplinary (date) _7/15/21_ by (charging officer) _Cpl. K. Sawyer_

7/27/21
Date **Appealed to Warden/Center Supervisor:** Note, if you do not agree with the decision of the Disciplinary Hearing Officer, you have 15 business days from receipt of disciplinary action to appeal to the Warden/Center Supervisor.
Warden's Decision: Affirm _____ Reverse _____ Modify _____ (See attached if modified)
Signature:_____Date_____

_____
Date **Appealed to Disciplinary Hearing Administrator:** Note, if you do not agree with the response of the Warden/Center Supervisor, you may appeal within 15 business days from receipt of the Warden/Center Supervisor's response to the Disciplinary Hearing Administrator.
DHA's Decision: Affirm _____ Reverse _____ Modify _____ (See attached if modified)
Signature:_____ Date _____

9/2/21
Date **Appealed to Director:** Note if you do not agree with the Disciplinary Hearing Administrator's response, you may appeal within 15 business days from receipt of the Disciplinary Hearing Administrator's decision to the Director.
Director's Decision: Affirm _____ ✓ Reverse _____ Modify _ial_ Date _9/31/21_ (See attached if modified)
Signature:_____

**Notice to Inmate:** This form is to be used for all appeal levels and responses. Briefly state reasons why conviction or punishment should be reversed or modified. This information will be considered at all three levels of appeal. Only information that is contained within this space on this form will be considered:

(1) I was not housed in 1111 S-59 like disciplinary say. I was housed in 1111 S-57.   _reason for overturn_

(2) I asked Disiplinary Judge Miner and Frank to call sawyer still He them she didnt see me mastubating. Sgt Dunlap walked up to VSM control booth and told her that. Sgt Dunlap didnt supposed to influence another to write me up

(3) I asked Disciplinary Judge Miner and Frank to review camera of visitation cage I was in to prove from bottom - Top cam you will never see me touch my penis let alone pull out my penis prcing Cpl Sawyer falsified documents for Sgt Dunlap (4) This is unlawful imprisonment to find me guilty on incomplete

Inmate's Signature: X _Deverick Scott_ Date: _7/27/21_

**Original to be submitted for appeal; copies for inmate's use to proceed to next level if timely response not received.**

~~appeal~~ result without witness requested "camera review" to prove my innocence by ADC unconstitutional disiplinary policy and procedure Hynes, Reeth, Naylor, Cohen, Shumate, Lowell within in effect



**ARKANSAS DEPARTMENT OF CORRECTIONS**
Division of Correction - Director's Office



**6814 Princeton Pike**
**Pine Bluff, Arkansas 71602**
**Phone: (870) 267-6200 | Fax: (870) 267-6244**

## MEMORANDUM

**TO:**      **Inmate Deverick D. Scott, ADC# 131042**
            **Varner Super Max**

**FROM:**    **Dexter Payne, Director**

**RE:**      **Major Disciplinary Appeal**

**DATE:**    **September 30, 2021**

Please be advised that I am in receipt of your disciplinary appeal regarding the major disciplinary you received 07/15/2021 at 7:12 a.m. by Cpl. Sawyer.

You state in your appeal that you were not housed in Cell 5-59 but were housed in Cell 5-57; that Cpl. Sawyer did not see you masturbating but Sgt. Dunlap walked up to VSM Control Booth and told her that; and that you asked the camera footage be reviewed.

Your disciplinary states, "On 7-15-2021 at approx. 7:12am, I Cpl. Sawyer was assigned to VSM Control Center. Inmate Deverick Scott #131042, which is housed in Cell Block 5 cell #559, who was placed in the Visitation Area to Review his Medical Jacket. I Cpl. Sawyer was conducting a visual check and observed Inmate D. Scott #131042 standing out fully exposed with his erect penis in his hand moving it in a back in forth motion while looking directly at me. I Cpl. Sawyer gave Inmate D. Scott #131042 a direct order to cease his actions but to no avail. I Cpl. Sawyer gave Inmate Scott #131042 another direct order to cease his actions but still to no avail. Inmate Scott #131042 is aware of DOC rules and regulations. Therefore I Cpl. Sawyer am charging Inmate D. Scott #131042 with rule violations 12-3 and 10-3. Pending DCR."

You stated during your disciplinary hearing, "That day she never seen me or nothing. It was another officer that told her that I was back there masturbating. That was another inmate and she will tell you that she ain't never seen me do nothing."

After a thorough review of all the documents pertaining to this matter, I am upholding the guilty verdicts of rule violations 12-3/Failure to obey verbal and/or written order(s) of staff and 10-3/Indecent exposure; may result in a referral for criminal prosecution; therefore, your request to reverse your disciplinary is denied.

DP/jl

cc:    Warden / Inmate File / File

*WWW.DOC.ARKANSAS.GOV*



Business Office

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _VSM_

Name _Church Scott_ _1-22_

ADC# _171042_   Brks # _557_ _Job Assignment_

_7/15/21_ (Date) STEP ONE: Informal Resolution

FOR OFFICE USE ONLY

GRV. # _____

Date Received: _____ _____

GRV. Code #: _____

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services? ____ If yes, circle one: medical or mental* **BRIEFLY** state your one complaint/concern and be specific as to the **complaint, date,** place, name of personnel involved and how **you** were affected. (Please Print): _I sell my basketball Mp 4 player cut back on they put brought me once it got put picture including, I don't even no it it's mine, They had last out supposed to mind it somebody spray painted it and I'm missing back. I need to sell my I "mail" and email pictures which is my 1st amend man's right free speech to recive evil and mail. Somebody need to tell the smallwood call company cut my player back on csuse it want even let me pay up in his purchase_

RECEIVED

AUG 24 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

RETURNED UNMOD
FOR THE FOLLOWING
REASON(S): NOT
PROCESSED, PREVIOUSLY
ANSWERED/REJECTED,
OR A DUPLICATE

_Church Scott_                           _7/15/21_
Inmate Signature                         Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____    _____    _____    _7.20.21_
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including dates: _Staff was advised of this informal resolution but no answer was recieved. Inmate may proceed to the next level of process_

Staff Signature & Date Returned _Kennedy 7.27.21_    Inmate Signature & Date Received _____
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _____BM_____

RECEIVED

Name _Derreck Scott_

AUG 0 3 2021

ADC# _131042_    Brks # _5-57_ _1-22cell_ Job Assignment _____

INMATE GRIEVANCES
ADMINISTRATION BUILDING
SUPERVISOR

FOR OFFICE USE ONLY

GRV. # _VSM21-0441_

Date Received: _07/12/2021_

GRV. Code #: _505_

_7/12/21_ (Date) STEP ONE: Informal Resolution

_7/21/21_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _This Way 5th Dursley_
_didnt Want to bring me my property_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): _The Conduct of Warden Gibson_
_Shipman Major Carroll failure to take Corection action of Sgt Dunl-_
_up/Lt. brain from retaliating and harassment is base on Viola 2_
_recive my property and missing my T-shirts, D.V.Ds, lady's earbuds_
_and pk. of botteries property missing." 7/01/20 Lts Smith and Off. W. Taylor took_
_my lady's one, I cant get my delivs control put in my property? On 05/12/20 Sgt_
_I Dunlap went to my cell Cold? text? told my later here radio. On_
_7/12/20 Lts Michanis put I sony radio, Ve buds pk.of. AA botteries_
_in property Uriel 2 got back on 05/12/20 Lt. Smith took. as Lts handed_
_me my property. On 7/25/18 with officer Snell 20 headphone radio._
_on 12/18/20 Officer brown, Schlunga Cpl. Johnson take my t shirt? Pak? them._
_I don't did bring from tucker that Sony radio. Now all these Stories I_
_hear how Sgt Dunlap come in Warden strong harm. the radio? etc. I talk they_
_been signd my property to other inmates but if Warden Gibson, Shipman? etc_
_would of take of take hold? corected action for oversight try they Cund get away with_
_n_

_____        _____
Inmate Signature                 Date

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____        _____        _____        _____
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature                 Date Received
Describe action taken to resolve complaint, including **dates**: _____ PW legnnen _____

_____

_____

_____        _____ M. Derik Litt 7/21/21_
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on _7/21/21_ (date), pursuant to **Step Two**. Is it an Emergency? _NO_ (Yes or No).
Staff Who Received Step Two Grievance: _M.T. Hunt_ Date: _7/21/21_
Action Taken: _RECEIVED_ Forwarded to Grievance Officer/Warden/Other) Date! _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - JUL 2 2 2021 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

VARNER UNIT GRIEVANCE

ADCF-15

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Scott, Deverick D.
FROM:  Thrower, Caitlin S
DATE:  07/23/2021

ADC #:  131042B
TITLE:  ADC Inmate Grievance Coord
GRIEVANCE #:  VSM21-01441

Please be advised, I have received your Grievance dated 07/12/2021 on 07/22/2021 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

C. Thrower

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

C  This Grievance will be addressed by the Warden/Center Supervisor or designee.

C  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

C  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐  This Grievance has been determined to be an emergency situation, as you so indicated.

C  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

⊙  This Grievance was REJECTED because it was either non-grievable ( X untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

*This is not untimely this prove how ADC is acting crazy to try to deny me access to courts refusing to file my grievance. Look this was handed in in 7/15/21 and taken to second step on 7/21/21 that is not untimely.*

Deverick Scott #131042

ADC#: 131042

Date

Inmate Signature

RECEIVED

AUG 0 3 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

INMATE NAME: Scott, Deverick D.        ADC #: 131042        GRIEVANCE#:VSM21-01441

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

In your grievance dated 7/12/2021, you stated, "The conduct of Warden Gibson Shipman, Major Carroll failure to take coretion action of Sgt. Dunlap, Lt. Brown from retaliating and harassment is reason on 7/12/21, I recieve my property and missing my t-shirts, bowls, radios earbuds and pk of batteries property missing. 1/24/20 Lt. Smith and Sgt. M. Taylor took my radio once I come off behavior control put in my property. On 6/15/20 Sgt. Dunlap went in my cell Cpl. M. Taylor took my clear ? radio. On 1/21/20 Lt. Mahoney put 1 sony radio, earbuds, pk of AA batteries in property which I got back on 1/24/20 that Lt. Smith took as she handed me my property. On 7/25/19 nike shoes, size 11, 20 headphones radio on 12/18/20 Lt. Brown, Sgt. Dunlap, Cpl. Johnson took my t shirts 3 of them 1 bowl had brought from tucker max, sony radio. Now all these stories I hear how Sgt. Dunlap come in barracks giving inmates radio & etc cause they been giving my property to other inmates but if Warden Gibson, Shipman & etc would have been of took corrected action they couldn't try they could get away with..." [End of Allotted Space]

On 7/22/2021, your grievance was rejected at the unit level as being untimely.

Your appeal was received on 8/3/2021. After a review of your appeal and supporting documentation, I concur with the unit's decision to reject your grievance as being untimely. According to AD 19-34, If the designated Problem Solver (or substituted person to resolve the issue such as a medical or mental health staff member) has failed to contact the inmate and attempt resolution of the complaint or failed to return Step One (the grievance) within the designated three working days, the inmate may proceed to Step Two, the formal grievance, without the completion of Step One. In that instance, Step Two, the formal grievance, must be filed no later than six (6) working days from the original submission of the Unit Level Grievance Form pursuant to Step One: this allows three (3) working days to wait for a response to Step One, and three (3) working days to initiate Step Two. (These are not three (3) additional days, i.e., if the Problem Solver returns Step One on the day it was submitted, the inmate has only three (3) working days from receipt of that response to file Step Two.) You have past the allotted (6) working days.

Therefore, I will not address the merit of your appeal.

_____
Director

9-7-21
_____
Date



**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _VSM_

Name _Devonch Scott_

FOR OFFICE USE ONLY

GRV. # _VSM21-04407_

Date Received: _07/26/2021_

GRV. Code #: _505_

ADC# _131042_    Brks # _5-57_    Job Assignment _____

RECEIVED
AUG 03 2021
INMATE GRIEVANCES SUPV.
ADMINISTRATIVE REVIEW ONLY

_7/16/21_ (Date) STEP ONE: Informal Resolution

_7/24/21_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why _Sgt Dunlap_
_refuse to give me my property_

_7/16/21_ (Date) EMERGENCY-GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why; _Sgt Dunlap is retuliating on me for filstLawsuit I file inter renel of to give me my_

Is this Grievance concerning Medical or Mental Health Services? ____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and show how **you** were affected. (Please Print): _The Conduct of Warden Orbson_
_Sip mgr, Major Carroll, failure to Take corrective action of_
_Sgt Dunlap, Obsrvin turn retuliatory bad harassment is reason_
_on 7/12/21 I recieve my property and missing: t-shirts, but lied,_
_radio earbuds and pl off chitterles, Oprperty missing 1/24/20 Ob smith_
_and Col il Taylor took my Sony radio 8hull I prime off 8hour capsoul_
_that full art in my property in 11/21/20 by Cr/Whaney with earbuds and a_
_pl of Af butterflys, (1) On 11/25/10 Sgt Dunlap, Col Turner, th srain took my nike_
_size 11 cocker, 20" headphoner, clear fine radio. (2) on 12/18/20 Cb srain Sgt_
_Dunlap, Col Johnson took my t-shirts Sof Ken, I buy lied brought at_
_Truble hud and Sony radio, (3) on 9/5/20 Sgt Dunlap Col M Taylor crime is my_
_cell took my clear fine, radio. Nov Col there I had inform you of th_
_indttsk, bel no avail by All supervisors out Take Corrective action why new_
_I'm out punibale retaliatin Sgt Dunlap retaliating return is to 3nng of my_
_property cause they done give it away to other inmates_

_Derek Scott_ (Inmate Signature)    _7/16/21_ (Date)

**Inmate Signature** _____    **Date** _____

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? ____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____

**PRINT STAFF NAME (PROBLEM SOLVER)**    **ID Number**    **Staff Signature**    **Date Received**

Describe action taken to resolve complaint, including dates: _no response_

_____

**Staff Signature & Date Returned**    **Inmate Signature & Date Received**    _Derek Scott 7/24/21_

This form was received on _7/26/21_ (date), pursuant to Step Two. Is it an Emergency? _NO_ (Yes or No).

Staff Who Received Step Two Grievance: _SM. Kunce_    Date: _7/26/21_

Action Taken: _2021_ _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT400                                                                                    Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Scott, Deverick D.                    ADC #:  131042B
FROM:  Thrower, Caitlin S                          TITLE:  ADC Inmate Grievance Coord
DATE:  07/26/2021                                  GRIEVANCE #:  VSM21-01467

Please be advised, I have received your Grievance dated 07/16/2021 on 07/26/2021 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

C. Thrower

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ○ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- □ This Grievance has been determined to be an emergency situation, as you so indicated.

- ○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ● This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of VSM21-01441 , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. *This not duplicate issue I just get out whole and haven't got my property*

*Deverick Scott*
*Scott Bell*

Inmate Signature

ADC#: 131042          7/28/21
                      Date

RECEIVED

AUG 0 3 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

IGTT405
3GT

Attachment V



# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Scott, Deverick D.        ADC #: 131042B
FROM:  Reed, Marshall (Dale) D        TITLE:  Chief Deputy Director
RE: Receipt of Grievance VSM21-01467  DATE:  08/03/2021

Please be advised, the appeal of your grievance dated
07/16/2021
was received in my office on this date  08/03/2021

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☐  The time allowed for appeal has expired

☐  The matter is non-grievable and does not involve retaliation:

    ☐  (a) Parole and/or Release matter

    ☐  (b) Transfer

    ☐  (c) Job Assignment unrelated to medical restriction

    ☐  (d) Disciplinary matter

    ☐  (e) Matter beyond the Department's control and/or matter of State/Federal law

    ☐  (f) Involves an anticipated event

☑  You did not send all the proper Attachments:

    ☐  (a) Unit Level Grievance Form (Attachment 1)

    ☐  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)

    ☐  (c) Did not give reason for disagreement in space provided for appeal

    ☐  (d) Did not complete Attachment III or IV with your name, ADC#, and/or date

    ☐  (e) Unsanitary form(s) or documents received

    ☑  (f) This Appeal was REJECTED because it was a duplicate of VSM-21-01441 , or was frivolous or vexatious





**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Rejected - Disciplinary (GT)

Unit/Center ___VM___

Name _Orvell Scott_

FOR OFFICE USE ONLY

GRV. # VSM21-01408

Date Received: 07/26/2021

GRV. Code #: 400

ADC# 170043    Brks # 5-57    Job Assignment _____

7/16/21 (Date) STEP ONE: Informal Resolution

7/21/21 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I went other discipline by AD#00-70 for falsifiching it exist or written statements_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

---

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Due to Warden Linbken Stipman refusal to take curection actes of Sgt Dunlap retaliated, all harass- ment ord he to other othes ord mertin other othes to abuse they auth- orety. I request 0-14 polygraph test. Armen reven in ensoschia case to prove on this 21.7 was on opposite side of control booth nsit up under a trumen ord tener buty screen be 30cm - 7:30cm will brew Sgt Dunlap so to control booth, see me tell th Warineton I was matabong. I told th Warineton I in trying to get my Repele Sgt Dunlap hed been refuren for get me. So he then the Washinton Sgt Dunlap acme out of retaletion on me. They hed Sgt scriver to list- y disiplory agaist AD#00-70 Employee Conduct Standerd section 18-b. for falsilichor of my resit or writer statements ord Sgt ste seen me with emergene penk in my hood. for Sgt Sever to list in capacery for Sgt Dulla th Washinton but better stigate on me ord try to derty my name. I will asked to be compesated at last level._

_Orvell Scott_ _____    7/16/21
**Inmate Signature**                              **Date**

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _7-15-21_ (date), and determined to be Step One and/or an Emergency Grievance
_Yes_ (Yes or No). This form was forwarded to medical or mental health? _NO_ (Yes or No) If yes, name of the person in that department receiving this form: _____    Date _____

_Dale H_    _42157_    _[signature]_    _7-18-21_
**PRINT STAFF NAME (PROBLEM SOLVER)**    **ID Number**    **Staff Signature**    **Date Received**

Describe action taken to resolve complaint, including dates: _under investigation_
_____
_____

_Dale Hems_  _7-21-21_    _Orvell Scott_ 7/21/21
**Staff Signature & Date Returned**        **Inmate Signature & Date Received**

This form was received on _7/26/21_ (date), pursuant to Step Two. Is it an Emergency? _NO_ (Yes or No).
Staff Who Received Step Two Grievance: _W. Vance_    Date: _7/26/21_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____    Date: _____

**DISTRIBUTION:** YELLOW & PINK - Inmate Receipts; BLUE - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT400                                                                    Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Scott, Deverick D.               ADC #:  131042B
FROM:  Thrower, Caitlin S                     TITLE:  ADC Inmate Grievance Coord
DATE:  07/26/2021                             GRIEVANCE #:  VSM21-01468

Please be advised, I have received your Grievance dated 07/16/2021 on 07/26/2021 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

*C. Thrower*

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○  This Grievance will be addressed by the Warden/Center Supervisor or designee.

○  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐  This Grievance has been determined to be an emergency situation, as you so indicated.

○  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◉  This Grievance was REJECTED because it was either non-grievable ( Disciplinary matter ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. *This is not on disciplnry. This is on Sgt Dunlop conduct to relalicate on me for lawsuits and gricvices I file on he and how Cpl. Sawyer falsify a ADC document to punish me*

*Deverick Scott*

*Deverick Scott*                    ADC#: 131042        7/28/21
Inmate Signature                                          Date

**RECEIVED**

AUG 0 3 2021

**INMATE GRIEVANCES SUPERVISOR**
ADMINISTRATION BUILDING

IGTT405
3GT



# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Scott, Deverick D.</u>       ADC #: <u>131042B</u>
FROM: <u>Reed, Marshall (Dale) D</u>    TITLE: <u>Chief Deputy Director</u>
RE: Receipt of Grievance <u>VSM21-01468</u>  DATE: <u>08/03/2021</u>

Please be advised, the appeal of your grievance dated
<u>07/16/2021</u>
was received in my office on this date  <u>08/03/2021</u>

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☐  The time allowed for appeal has expired
☑  The matter is non-grievable and does not involve retaliation:
    ☐  (a) Parole and/or Release matter
    ☐  (b) Transfer
    ☐  (c) Job Assignment unrelated to medical restriction
    ☑  (d) Disciplinary matter
    ☐  (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☐  (f) Involves an anticipated event
☐  You did not send all the proper Attachments:
    ☐  (a) Unit Level Grievance Form (Attachment 1)
    ☐  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☐  (c) Did not give reason for disagreement in space provided for appeal
    ☐  (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☐  (e) Unsanitary form(s) or documents received
    ☐  (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious





**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center _____VSM_____

Name _Deverick Scott_

ADC# _131042_  Brks # _1-22_  Job Assignment _____

FOR OFFICE USE ONLY

GRV. # _____

Date Received: _____

GRV. Code #: _____

_7/15/21_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. In an Emergency, state why: _I'm being sexuel harass and_
_relalated on in a cospiracy Szb Arkp told Cpl Sawyer to enlist my rights_
Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: (medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you were affected**. (Please Print): _I recieve Cimen Rubin Clecked_
_Cell siell at inishin cell I use in on 7/15/21 at spprox_
_6:00am - 7:30am to pray while I was in cell I where_
_exposit my peni newl pull out at pele. I never seen_
_Cpl Skroder, she Coulds't even tell you what pale I was_
_on, but she adclsted AD-00-10 Employee Conduct Standards_
_section 18.5 by felsir fighin of bad vessl or written statements_
_punish by discharge I will alled tho se compissted at_
_court level for Cpl Sawyer stating she seen me Markebsbig_

_The question is why ae use told her to make a falsibed statement_

_____
_____
_____

_Deverick Scott_                                           _7/15/21_
Inmate Signature                                          Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _1-20-21_

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _All decisions to see_
_Internal Affairs to investigate on incident or complaint is approved by_
_or requested by Unit Warden. End of statement._

_____

Staff Signature & Date Returned _Deverick_          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____   Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

ADCF-15

*[handwritten at top]* Cpt. Plummer

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _VSM_

Name _Prince Scott_

ADC# _131042_   Brks # _1-22_   Job Assignment _____

FOR OFFICE USE ONLY

GRV. # _____

Date Received: _____

GRV. Code #: _____

_7/2/21_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _He Not t Suppose to_ *[handwritten margin]* W
_make all there needs on Action just to retaliate on me why_

_____ , (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff who will sign the attached emergency receipt. In an Emergency, state why: _I m being harass, _ _retaliated on by Cpt. Plummer abusing his Authority_

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how you were affected. (Please Print): _On 7/18/21 the conduct of Cpt. Plummer to milk me out of cellblock 5 - stell and move move me out cellblock #1-22 put him in 1-11 just to put me in a special cell he six used I'm out very sick well he had me in cell here wouldn't move me and then put a lock on my trap by puls- mints harassment and retaliation talk when inmates help, targets come put invites he put him in cellblock #5- #7 and left him in that but he stop harassing me to stell his authority. Men you first one inmate didn't then rest Rats retaliated and discrimination. Now 5- Stell been empty since he milked me out. See he put all her home boys in 5 cellblock #1 cellblock and use cell- blocks #1 as punishment but me he wouldn't so stop to do none of this if Warden Gibson Birman Major Ginal been to reported action on Cpt. Plummer for his fail abusive he wouldn't go out his way to retaliate on me. He did all this just didn't get me by himself Warden told him to see_ _Scott Scott_

Signature _[signature]_   Date _7/2c/21_

**Inmate Signature**                          **Date**

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_[handwritten]_ M   U   O

**PRINT STAFF NAME (PROBLEM SOLVER)**   **ID Number**   **Staff Signature**   Date Received _[handwritten date]_

Describe action taken to resolve complaint, including **dates**: _Capt. Plummer is not retaliating against Inmate Scott #131042. You are currently correctly assigned to commensurate your current status._

_____

Staff Signature & Date Returned _Kennedy_         Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

_[handwritten]_ retaliation of open and care Scott vs Plummer 21-1852

ADCF-15

UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _VSM_

Name _Deverick Scott_

ADC# _131042_    Brks # _1-22_    Job Assignment _____

**FOR OFFICE USE ONLY**
GRV. # _VSM21-01413_
Date Received: _4/29/21_
GRV. Code #: _508_

_7/20/21_ (Date) STEP ONE: Informal Resolution

_7/28/21_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Cph Plumme retaliaby_
_putting my life and health at risk._

_7/24/21_, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _My health and safety at risk_
_with a life and key in my cap and it keep May in viral control_

_Is this Grievance concerning Medical or Mental Health Services?_ _____ _If yes, circle one: medical or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): _The conduct of Warden Blasin,_
_Shipman Major (call to confine to fail to inform and take corrective action_
_aft supernie Cph Plumner to stop him from retaliating, harassing me allow him to_
_7/18/21 a sunday than on Hodies Majors at work more inmat out 122 will to move_
_me in Her saying I don't suppot to be in no barracks but I barracks. Then_
_put a talk with key on my top where they keep Key in Brl control both_
_not in barracks. This Cph Plumner put my life and health in jupardy. He_
_will get authorize to put Inli Key on my top. He heade out able to fire_
_and safety drill. Now if fire start 12m of die by time they set_
_keep with key. To pour his retaligton inmate tooke fuldrs both was on th_
_other end they put then in 5 barracks and 3 barracks and Cph Plumne_
_didn't move them cell slide #1 put behind a top cause they had somebody_
_This class the discrimation atio which is a Esqul protection violation to threat_
_me different and put my life, health, safety at risk. I will ask to be compseded_
_at court level._

_Deverick Scott_ (signature)        _7/20/21_
Inmate Signature                            Date

**If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.**

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _7/31/21_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _NO_ (Yes or No). If yes, name of the person in that department receiving this form: _Sgt William_    Date _7/31/21_

PRINT STAFF NAME (PROBLEM SOLVER)  ID Number   Staff Signature                     Date Received
Describe action taken to resolve complaint including dates: _no response_

_AUG 30 2021_

**INMATE GRIEVANCES SUPERVISOR**                    _Meredith Little_ _7/28/21_
Staff Signature & Date Returned                     Inmate Signature & Date Received
This form was received on _1.27.21_ (date), pursuant to **Step Two**. Is it an Emergency? _N_ (Yes or No).
Staff Who Received Step Two Grievance: _Lui_    Date: _7/27/21_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____    Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT410
3GS

*MAX4/021*

Attachment III

INMATE NAME: Scott, Deverick D.          ADC #: 131042B          GRIEVANCE #: VSM21-01493

### WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance you stated, "The conduct of Warden Gibson, Shipman, Major Carroll to continue to fail to intervene and take correction action and surprise Cpt. Plummer to stop him from retaliating, harassing me allow him on 7/18/21 a Sunday when a Warden, majors at work move inmate out 1-22 cell to move me in there saying I don't suppose to be in no barracks but 1 barracks, then put a lock with key on my trap where they keep key in VSM control book not in barracks. Then Cpt. Plummer put my life and health in jeopardy He will not authorize to put "key" 1 on my trap. He have not do no fire and safety drills. Now it fire start Im of die by time they get here with key. To prove his retaliation. Inmate Porter Burns both was an Lt. above and they put them in 5 barracks and 3 barracks and Cpt. Plummer didn't move them. Cell Block #1 put behind a trap cause they had homeboys this shows the discrimination also which is a equal protection violation to treat me different and put my life, health, safety at risk 1 will asceed to be compensated at court level."

Padlocks are in place to prevent any unauthorized use of the trap door on your cell that could jeopardize the safety of staff and other inmates. There are no documented incidents that indicate you were injured or harmed. You are currently housed in a single man cell in Isolation 4 where there is no pad lock on your door. Therefore, I find this issue without merit.

Signature of Warden/Supervisor or Designee          Title          Date 8/10/21

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? *You do not suppose to put a lock on my trap and keep key not in same barrack*

RECEIVED

AUG 3 0 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

IGTT410          Page 1 of 2

Inmate Signature

ADC#: __131042__    __8/20/21__
                    Date

RECEIVED

AUG 3 0 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING



IGTT410                    Page 2 of 2

IGTT430
3GD

Attachment VI

INMATE NAME: Scott, Deverick D.        ADC #: 131042        GRIEVANCE#:VSM21-01493

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

In your grievance dated 7/20/2021, you stated, "The conduct of Warden Gibson, Shipman, Major Carroll to continue to fail to intervene and take correction action and surprise Cpt. Plummer to stop him from retaliating, harassing me allow him on 7/18/21 a Sunday when a Warden, majors at work move inmate out 1-22 cell to move me in there saying I don't suppose to be in no barracks but 1 barracks, then put a lock with key on my trap where they keep key in VSM control book not in barracks. Then Cpt. Plummer put my life and health in jeopardy He will not authorize to put "key" 1 on my trap. He have not do no fire and safety drills. Now it fire start Im of die by time they get here with key. To prove this retaliation. Inmate Porter Burns both was an Lt. above and they put them in 5 barracks and 3 barracks and Cpt. Plummer didn't move them. Cell Block #1 put behind a trap cause they had homeboys this shows the discrimination also which is a equal protection violation to treat me different and put my life, health, safety at risk 1 will asceed to be compensated at court level."

On 8/16/2021, the warden responded, Padlocks are in place to prevent any unauthorized use of the trap door on your cell that could jeopardize the safety of staff and other inmates. There are no documented incidents that indicate you were injured or harmed. You are currently housed in a single man cell in Isolation 4 where there is no pad lock on your door. Therefore, I find this issue without merit.

Your appeal was receive don 8/30/2021. After a review of your appeal and supporting documentation, I concur with the Warden's decision. I find no evidence to support that your are being harassed nor being retaliated against. Therefore, I find no merit in your appeal.

Appeal Denied.

_____        9-17-21
**Director**                                Date



UNITLEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __V.S.M__

Name __Duvenh Kota__

ADC# __131042__ Brks # __1-22__ Job Assignment _____

FOR OFFICE USE ONLY

GRV. # __VSM21-0155__

Date Received: __8-10-21__

GRV. Code #: __803__

__7/22/21__ (Date) STEP ONE: Informal Resolution

__8/2/21__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Cpt Munny, shift level_ _is retaliating and herein's re putting my life and safety at risk_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _others retaliating on me for_ _my use of prior grievance procedures_

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one:  medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): _On 7/11/21 the conduct of Cpt._ _Munny to move me out my cell 5-57 and move inmate out cell 1-22 and_ _put him in 1-Hall just to put me in special cell say where Im out way and_ _then put is lack ret of drop where they keep keys in VSM control_ _booth when inmate parole, right now out 1/Hall on 1/8 cell have cell door_ _put them in cell hall #5-#2 #3 but tell me Im suppose to be behind_ _keep show the discrimination retaliation harassment harm they provoke_ _to treat me different. they harass, deal, done something they got move_ _this inmate but Major level Cpt Munny is here to instigate these_ _actions and allow others to lie and me to paint a picture at my conduct_ _not so they can have an excuse to kill me up But regardless_ _you dont put my life in danger. If my cell door is cracked on fire_ _I would be dead before they done to my cell then go get keys. And_ _for Warden Wilson continue to allow this retaliate to go on and_ _not take corrective actions against them hurts it self_

__Duvenh Kota__ (Inmate Signature)    __7/22/21__ (Date)

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including dates: ___ _on response_

RECEIVED

SEP 21 2021

_____ INMATE GRIEVANCES SUPERVISOR __Duvenh Kota__ __7/2/21__

Staff Signature & Date Returned    ADMINISTRATION BUILDING Inmate Signature & Date Received

This form was received on __08/03/21__ (date), pursuant to Step Two. Is it an Emergency? __N__ (Yes or No).
Staff Who Received Step Two Grievance: ____Munshn____ Date: __08/03/21__

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT410                                                                          Attachment III
3GS

**INMATE NAME:** Scott, Deverick D.          **ADC #:** 131042B          **GRIEVANCE #:** VSM21-01555

### WARDEN/CENTER SUPERVISOR'S DECISION

Inmate Deverick Scott you stated, "On 7-18-21 the conduct of Cpt. Plummer to move me out my cell 5-57 and move inmate out cell block 1-22 cell put him in 1-11 cell just to put me in special cell say where I'm out way and other put a lock on trap where they keep key in VSM control booth, when inmates order burns come out which on 11 and above he put them in cellblock "5, "2, "3 but tell me I'm suppose to be behind trap shows the discriminton harassment from them inmates To treat me different there inmates done done something they and more these inmates sub Major Carroll Cpt. Plummer refuse to investigate take action and allow officers to lie on me to paint a picture of my conduct so they can have an excuse to lock me up. But regardless you don't put my life in danger. If my cell was to catch on fire I would be dead before they come to my cell then go get keys. And For Warden Gibson Shipman continue to allow this retaliation to go on and not take corrective action makes them liable as well."

Inmate Scott you are correctly assigned at this time. No evidence has been found to support your allegations of harassment, retaliation or discrimination. Due to your behavior you have been placed in Isolation 4. Therefore, I find this issue without merit.

Signature of Warden/Supervisor or Designee

RECEIVED

SEP 2 1 2021     Title _Warden_

Date 9/9/21

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

**WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?** _This is the way but they_
_the all to not me for harassment and retaliation that's what_
_my point it that and suppose to be corrected to keep_
_from happening again_

Inmate Signature

**ADC#:** 131042          Date 9/13/21



IGTT430
3GD

Attachment VI

INMATE NAME: Scott, Deverick D.          ADC #: 131042          GRIEVANCE#:VSM21-01555

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

In your grievance dated 7/22/2021, you stated, "On 7-18-21 the conduct of Cpt. Plummer to move me out my cell 5-57 and move inmate out cell block 1-22 cell put him in 1-11 cell just to put me in special cell say where I'm out way and other put a lock on trap where they keep key in VSM control booth, when inmates order burns come out which on 11 and above he put them in cellblock "5, "2, "3 but tell me I'm suppose to be behind trap shows the discriminton harassment from them inmates To treat me different there inmates done done something they and more these inmates sub Major Carroll Cpt. Plummer refuse to investigate take action and allow officers to lie on me to paint a picture of my conduct so they can have an excuse to lock me up. But regardless you don't put my life in danger. If my cell was to catch on fire I would be dead before they come to my cell then go get keys. And For Warden Gibson Shipman continue to allow this retaliation to go on and not take corrective action makes them liable as well."

On 9/9/2021, the warden responded, "Inmate Scott you are correctly assigned at this time. No evidence has been found to support your allegations of harassment, retaliation or discrimination. Due to your behavior you have been placed in Isolation 4. Therefore, I find this issue without merit."

Your appeal was received on 9/21/2021. According to AD 19-34, If the designated Problem Solver (or substituted person to resolve the issue such as a medical or mental health staff member) has failed to contact the inmate and attempt resolution of the complaint or failed to return Step One (the grievance) within the designated three working days, the inmate may proceed to Step Two, the formal grievance, without the completion of Step One. In that instance, Step Two, the formal grievance, must be filed no later than six (6) working days from the original submission of the Unit Level Grievance Form pursuant to Step One: this allows three (3) working days to wait for a response to Step One, and three (3) working days to initiate Step Two. (These are not three (3) additional days, i.e., if the Problem Solver returns Step One on the day it was submitted, the inmate has only three (3) working days from receipt of that response to file Step Two.) The inmate will submit a copy of his/her Unit Level Grievance Form using the pink or yellow copy, whichever is most legible, that he/she retained following the instructions for Step Two. After a review of your appeal ¬nd supporting documentation, I find that your grievance should have been deemed untimely at the unit level. You have past the allotted (6) working days.

Therefore, I will not address the merit of your appeal.

Director

10 - 1 - 21

Date



Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.



**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center _V/~_

| | FOR OFFICE USE ONLY |
|---|---|
| Name _Averell Scott_ | GRV. # VSM21-1557 |
| ADC# _131692_  Brks # _1-22_ Job Assignment ___ | Date Received: 9-10-21 |
| | GRV. Code #: 803 |

_7/21/21_ (Date) STEP ONE: Informal Resolution

_8/24/21_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _0 the/ r1/4/4 on on re for lawsuit_
_I sat file and is served hearing me_

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): _The conspiracy of Sgt. Delp Jh Washington to retalit will cause me to get my teeth built up is retaliter and congress influence Cpl Sawyer to Medsh AD#00-10 Employee conduct Standard Section 18.5 any rights of rules or talks statements it to be punish by disbergled on 7/15/21 to felinty a statement "00S apart" that he send me medical (Note: re-write times times check not sched at various eyes I was is every biden-7:20 crc 0-14 pety peplety). Will move on 7/15/21 I over pull my penice pill it but but 3th Delp Come to sooth and seen me like she sluys do and cinspyed to retail a kelass me saying I'm retalehals she did his before to recall my reglect reglect rlevir and I ksp lawsuit so she knew she couldn't do it her self and have Cpl Sawyer do. Now when America Reneu shaw I over controlled the ruls waistoon and Meyls Canal, Cpl Plynme, Cpl man relish to insestigte my allegation to try to cover up for Sgt Delp JJ Washington Cpl Sawyer waistory my 1st 8th 14th smallness to live re lockup on Relish reblentent I will obluly to be computed at, cort level_
_Averell Scott_

Inmate Signature                                    _7/21/21_  Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

|  | RECEIVED | |
|---|---|---|
| PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature | | Date Received |

Describe action taken to resolve complaint, including **dates:** _____
SEP 21 2021
_____

_____    INMATE GRIEVANCES SUPERVISOR
_____    ADMINISTRATION BUILDING

Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _08·03·21_ (date), pursuant to **Step Two**. Is it an Emergency? _N_ (Yes or No).
Staff Who Received Step Two Grievance: _Thhhbh_ Date: _08 03 21_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT410
3GS

Attachment III

**INMATE NAME:** Scott, Deverick D.        **ADC #:** 131042B        **GRIEVANCE #:** VSM21-01557

### WARDEN/CENTER SUPERVISOR'S DECISION

Inmate Deverick Scott you stated, "The conspiracy of Sgt. Dunlap Lt. Washington to retaliate and harass me to get me lock back up in isolation and influence Cpl. Sawyer to ? AD "00-10 Employee Conduct Standard section 18.b any falsification of verbal or written statement is to be punished by discharge on 7/15/21 to falsify a statement "005 report" that she seen me masturbate (note request camera review check and saved of visitation cage I was is in approx. 6:00 am -7:30 am 0-14 poly graph test ? Will prove on 7/15/21 I never touch my penis or pull it but Sgt. Dunlap came to booth and seen me like she always do and continue to sexual harass me saying I'm molesting she did this before to cancell my medical jacket review and I file lawsuit so she know she couldn't do it her-self and have Cpl. Sawyer do. Now when camera review show I never committed the rules violation and Major Carroll, Cpt. Plummer, Cpt. Brown refuse to investigate my allegation to try to cover up for Sgt. Dunlap Lt. Washington Cpl. Sawyer ? my 1st, 8th, 14th amendment to have me lockup on ? confinement I will asked to" (end of allotted space)

No evidence has been found to support your allegations of retaliation and/or harassment. This grievance involves a disciplinary matter and will not be addressed; you can utilize the disciplinary appeal process. Therefore, I find this issue without merit.

RECEIVED

SEP 2 1 2021

Signature of Warden/Supervisor or Designee    Title    Date  9/9/21

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? _[handwritten text, illegible]_

**Inmate Signature**

ADC#: <u>131042</u>

Date

**RECEIVED**

SEP **2 1** 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING



IGTT430
3GD

Attachment VI

INMATE NAME: Scott, Deverick D.        ADC #: 131042        GRIEVANCE#:VSM21-01557

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

In your grievance dated 7/21/2021, you stated, "The conspiracy of Sgt. Dunlap Lt. Washington to retaliate and harass me to get me lock back up in isolation and influence Cpl. Sawyer to ? AD "00-10 Employee Conduct Standard section 18.b any falsification of verbal or written statement is to be punished by discharge on 7/15/21 to falsify a statement "005 report" that she seen me masturbate (note request camera review check and saved of visitation cage I was in approx. 6:00 am -7:30 am 0-14 poly graph test ? Will prove on 7/15/21 I never touch my penis or pull it but Sgt. Dunlap came to booth and seen me like she always do and continue to sexual harass me saying I'm molesting she did this before to cancell my medical jacket review and I file lawsuit so she know she couldn't do it her-self and have Cpl. Sawyer do. Now when she couldn't do it herself and have Cpt. Sawyer do Now when camera review show I never committed the rules violation and Major Carroll, Cpt. Plummer, Cpt. Brown refuse to investigate my allegation to try to cover up for Sgt. Dunlap Lt. Washington Cpl. Sawyer ? my 1st, 8th, 14th amendment to have me lockup on ? confinement I will asked to" (end of allotted space)

On 9/9/2021, the warden responded, "No evidence has been found to support your allegations of retaliation and/or harassment. This grievance involves a disciplinary matter and will not be addressed; you can utilize the disciplinary appeal process. Therefore, I find this issue without merit."

Your appeal was received on 9/21/2021. According to AD 19-34, If the designated Problem Solver (or substituted person to resolve the issue such as a medical or mental health staff member) has failed to contact the inmate and attempt resolution of the complaint or failed to return Step One (the grievance) within the designated three working days, the inmate may proceed to Step Two, the formal grievance, without the completion of Step One. In that instance, Step Two, the formal grievance, must be filed no later than six (6) working days from the original submission of the Unit Level Grievance Form pursuant to Step One: this allows three (3) working days to wait for a response to Step One, and three (3) working days to initiate Step Two. (These are not three (3) additional days, i.e., if the Problem Solver returns Step One on the day it was submitted, the inmate has only three (3) working days from receipt of that response to file Step Two.) The inmate will submit a copy of his/her Unit Level Grievance Form using the pink or yellow copy, whichever is most legible, that he/she retained following the instructions for Step Two. After a review of your appeal and supporting documentation, I find that your grievance should have been deemed untimely at the unit level. You have past the allotted (6) working days.

Therefore, I will not address the merit of your appeal.

_____
Director

10 - 1 - 21
Date

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or



complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.



**ISSR100**

**Arkansas Department of Corrections**
Varner Super Max Unit
**MAJOR DISCIPLINARY**

If the C.S.O. determines that the violation(s) described on this document are felonious; he/she must hand carry this document to the Unit Warden who must immediately notify the Director.

**Inmate:** Scott, Deverick Deshonee          **ADC#:** 131042B          **Assignment:** AM:Ext Restrictive Housing
                                                                                                          PM:Punitive

**Class:** IV     **is being charged by**     Washington, Walter D          **Title:** Lieutenant
**with code violation(s):**

15-2 Asking,coercing OR offering inducement to anyone to violate department policy OR procedure,inmate rules and regulations,center/unit operating procedures.
11-1 Insolence to a staff member.
12-3 Failure to obey verbal and/or written order(s) of staff.
12-4 Refusing a direct verbal order to leave or enter any area of the institution or ADC property including, but not limited to, a cell, barracks, chow hall, transportation vehicle, or hallway.

**Date & Time:** 07/24/2021     10:00 AM
**Notice of Charges:**

Incident Report Unit: Varner Unit
Incident Report Date/Time: 07/24/2021/09:28:13 PM
Incident Report Number: 2021-07-198
Incident Report Comments By: Walter D Washington
On July 24, 2021 at approximately 10:00a.m. I Lt. Washington was conducting a security round in cell block 1 Zone 2 on the first tier as I approached cell 122 which housed inmate Deverick, Scott #131042 to give him his food tray I noticed that he had items such as speed stick deodorant, a pair of headphones, and an written address that read Arkansas State Claims commission 101E.Capital Ave. Suite410, Little Rock, arkansas72201-3823 inmate Deverick, Scott #131042 stated to me that he wanted these items to be given in inmate Carl, Jackson #098003 who is housed in isolation 4 cell 23. I stated to inmate Deverick, Scott that its against DOC policy for me to traffic and trade items from one inmate to another inmate. Inmate Deverick, Scott #131042 then stated that he wanted somebody else to do it and for me to get my bitch ass away from his cell if I wasn't going to help him pay his debt to inmate Carl, Jackson #098003. I Lt. Washington confiscated the same items mentioned above. Therefore, I Lt. Washington am charging inmate Deverick, Scott #131042 with the following rule infractions 15-2, 11-1, 12-3, 12-4 pending DCR hearing.

(I affirm that the information in this report is true to the best of my knowledge)          Signature of Charging Officer

| NOTIFICATION: | Officer | | Date & Time Notified |
|---|---|---|---|

**Witness Statements:**     **No** X          If yes, list:

c/o Sawyer

Inmate's Signature

| C.S.O. Review: | Outcome: | Refer to Hearing Officer/Comm. | |
|---|---|---|---|
| | By: | Carroll, Brandon C | Date 07/26/2021 |

| **Extension:** | **No** X | **Yes** | Has extension form been completed? | |
|---|---|---|---|---|

Presentation by Counsel - Substitute is required when it is determined that the inmate is illiterate or incompetent or that the issues are extraordinarily complex.

**Counsel-Substitute:**     **Assigned (Name)**          **Not Assigned**

F-831-4
**Major Disciplinary Appeal Form**

Inmate Name _Devrick Scott_ _____ ADC# _131042_ _____

Unit/Center _VSM_ _____ Punitive Isolation __✓_ Yes _____ No

Disciplinary (date) _7/24/21_ _____ by (charging officer) _L. Washington_

_8/5/51_ Appealed to Warden/Center Supervisor: Note, if you do not agree with the decision of the Disciplinary Hearing
Date  Officer, you have 15 business days from receipt of disciplinary action to appeal to the Warden/Center Supervisor.
     **Warden's Decision: Affirm _____ Reverse _____ Modify _____(See attached if modified)**
     Signature:_____Date_____

_____ Appealed to Disciplinary Hearing Administrator: Note, if you do not agree with the response of the Warden/Center
Date  Supervisor, you may appeal within 15 business days from receipt of the Warden/Center Supervisor's response to the
     Disciplinary Hearing Administrator.
     **DHA's Decision: Affirm _____ Reverse _____ Modify _____ (See attached if modified)**
     Signature:_____ Date _____

_____ Appealed to Director: Note if you do not agree with the Disciplinary Hearing Administrator's response, you may
Date  appeal within 15 business days from receipt of the Disciplinary Hearing Administrator's decision to the Director.
     **Director's Decision: Affirm _____ Reverse _____ Modify _____(See attached if modified)**
     Signature: _____Date_____

**Notice to Inmate: This form is to be used for all appeal levels and responses. Briefly state
reasons why conviction or punishment should be reversed or modified. This information
will be considered at all three levels of appeal. Only information that is contained within
this space on this form will be considered:**

                    _Reasons for overturn_

(1) _deni witness requested: camera review, 0-14 polygraph test_

(2) _The said part a officer shouldn't be able to retaliate and_
    _cook a fabricated disciplinary like this. And the judge take the_
    _work a fabricated disciplinary like this. I just he 3 lawsuits on L. Washington_
    _officer word like its gospel. I just file 3 lawsuits on L. Perry,_
    _he had to say a officer was trafficking and trading and when lt. Perry's_
    _Sgt. Taylor that was my 2x headpiece he had to cover up taking my_
    _property and you'll soon let him get away with it_

Inmate's Signature: _Devrick Scott_ _____ Date: _8/5/21_

**Original to be submitted for appeal; copies for inmate's use to proceed to next level if timely response not received.**



**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _VM_

Name _Derrick Scott_

ADC# _137142_   Brks # _1-22_   Job Assignment _____

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _VSM21-01556_ |
| Date Received: _8-10-21_ |
| GRV. Code #: _003_ |

_7/24/21_ (Date) STEP ONE: Informal Resolution

_8/2/21_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____ , (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _LH Neßmyler & Containing to_
_Mbligate and harass me for I lawsuit I will file on him_

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On 7/24/21 Cerner hortage of_
_my cell will show at first brie. It Washington is retaliating_
_back though my 20" headphones and deodorant. I will set out my property_
_he said retaliating and trading I put headphones in my trap all breakfast_
_cell with deodorant. Day 1H Penny Sgt Tasker told it Washington I_
_did put hot property in trap to clock up he sharing his authority_
_to voluntarily steal my black and selic my property he violated_
_AD #06-10 Employee Conduct Standards sketch IP-5 on_
_retaliation if I told or written statement say I told him to tell_
_my property in inmate 15 1114 I don't no it has no dollar will_
_but that I put it Washington can prosthent with him ... To shut the custody_
_to steal my property then cut by tick back up tile back of off any where_
_with key put my life and safety and not end Warden Griswold Slogren_
_Major Cabill Cpl Turner Nurse to bangue and tell corrcked_
_chin indril by nulls old All polcy I will elect to be compiseed at cast level._

_Derrick Scott_                                    _7/24/21_
Inmate Signature                                    Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date: _____

_____ _____ _____ _____
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _no repone_

_____ RECEIVED _____

_____ SEP 2 7 2021 _____ _Derrick Scott_ _9/2/21_
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _08/03/21 INMATE GRIEVANCES SUPERVISOR_ (date), pursuant to **Step Two**. Is it an Emergency? _N_ (Yes or No).
Staff Who Received Step Two Grievance _COMPLIANCE ADMINISTRATION BUILDING M. Duhln_   Date: _08 03 21_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15                    www.arkansas.gov

IGTT410
3GS

Attachment III

INMATE NAME: Scott, Deverick D.    ADC #: 131042B    GRIEVANCE #: VSM21-01556

### WARDEN/CENTER SUPERVISOR'S DECISION

Inmate Deverick Scott you stated, "On 7/24/21 camera footage of my cell will show at lunch time
Lt. Washington is retaliation look in my 20" headphones and deodorant I just got out my property
he said trafficking and trading I put headphones in my trap at breakfast call with deodorant, once
Lt. Demry Sgt. Taylor told Lt. Washington I did put that property in trap to close up he abusing his
authority to unlawfully steal confiscate and ? my property ie and violate AD "00-10 Employee
Conduct Standards section 18-5 any falsification of verbal or written statement say I told him to
take my property to inmate in isolation 4 I don't no or ? no dealings with but find out Lt.
Washington have problems with him. To abuse this ? to steal my property then get me lock back up
take lock off of pipechase with key put my life and safety and ? and Warden Gibson Shipman Major
Carroll Cpt. Brown Cpt. Plummer refuse to supervise and take corrected action my rights and AR
policy. I will asked to be compisated at court level."

This grievance should have been rejected as a disciplinary matter instead of being acknowledged.
You received major disciplinary action on 7/24/21 from Lt. Washington. If you disagree with the
disciplinary results you have the option to file an appeal. I find no merit to your complaint.

Signature of Warden/Supervisor or Designee    Title    Date 9/20/21

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by
filling in the information requested below and mailing it to the appropriate Chief
Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are
appealing the decision to the original grievance. Do not list additional issues, which are not part of your
original grievance as they will not be addressed. Your appeal statement is limited to what you write in
the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

*This is not in Disiplinry matter. This is on Lt Wshigto not giving me a property form or confiscation form for my "20" ladphone or diodern?"*

RECEIVED

SEP 27 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

*Deborah Scott*

*Deborah Scott*

Inmate Signature

ADC#: 131042

9/22/21

Date

RECEIVED

SEP 2 7 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

INMATE NAME: Scott, Deverick D.       ADC #: 131042       GRIEVANCE#:VSM21-01556

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

In your grievance dated 7/24/2021, you stated, "On 7/24/21 camera footage of my cell will show at lunch time Lt. Washington is retaliation look in my 20" headphones and deodorant I just got out my property he said trafficking and trading I put headphones in my trap at breakfast call with deodorant, once Lt. Demry Sgt. Taylor told Lt. Washington I did put that property in trap to close up he abusing his authority to unlawfully steal confiscate and ? my property ie and violate AD "00-10 Employee Conduct Standards section 18-5 any falsification of verbal or written statement say I told him to take my property to inmate in isolation 4 I don't no or ? no dealings with but find out Lt. Washington have problems with him. To abuse this ? to steal my property then get me lock back up take lock off of pipechase with key put my life and safety and ? and Warden Gibson Shipman Major Carroll Cpt. Brown Cpt. Plummer refuse to supervise and take corrected action my rights and AR policy. I will asked to be compisated at court level."

O n 9/20/2021, the warden responded, "This grievance should have been rejected as a disciplinary matter instead of being acknowledged. You received major disciplinary action on 7/24/21 from Lt. Washington. If you disagree with the disciplinary results you have the option to file an appeal. I find no merit to your complaint."

Your appeal was received on 9/27/2021. After a review of your appeal and supporting documentation, I concur with the Warden's decision. Disciplinary matters are non-grievable. Therefore, I will not address the merit of your appeal.

_____
Director

_10 - 6 - 21_____
Date

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.



*Capt Plummer*

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _VIM_

Name _Derenle Seitt_ _4021_

ADC# _131642_    Brks # _1-22_    Job Assignment _____

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_7/34/31_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Why put life in my_
_top out my body like novel discrimation retaliation, torl/smal_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. In an Emergency, state why: _my life is in jeopardy by_
_lb Washington Cpt Plummer put lives will key and key hook in to cell_

*Is this Grievance concerning Medical or Mental Health Services? ___✓___ If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how you were affected. (Please Print): _Lt Washington retaliation all_
_harrell met by Lt Washington Cpt Plummer, retaliation. They put me_
_in cell 1-22 cell only on 1/34/31 Lb Washington hook key off of_
_pipe chase door and put is in age of my life and Cpt Plummer_
_1 lb Friday put me on my cell lock the lives to lock it and_
_in barricide weighor hifl and sekety. They had no permission to put_
_lives on my door to have more lives and barricide inmates help_
_out and stop an inmate from Lt Washington Cpt Plummer_
_retaliation anymore. It is hot break ins in my cell Im deed they_
_got to g. hard time. They will not strip interface with only bodies side_
_hifle? I move in cell 1-22 I got to wait to someb. to come with key_
_to feed me they never came back got trays, stuck in one cell I cant sleep_
_or nothing for cents and nasty ints. It Warden Gibson Shipman, I, your central_
_staff of being their acting on Lt Washington Cpt Plummer I should t stup life be subjected_
_to this retaliation and they potting my life in danger_

_Derenle Seitt_                                                _7/34/31_
Inmate Signature                                              Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

_Plu_ _4070_ _Plu_ _7271_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature            Date Received
Describe action taken to resolve complaint, including **dates**: _Inmate was under 14 and_
_above. The lock is there to keep the Inmate from manipulating the trap._
_End of statement. Per Capt. Brown._

Staff Signature & Date Returned _Kennedy 8.3.21_          Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

ADCF-15

[illegible] Capt. Plummer

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center VSM

Name Derrick Scott 1-22 4021

ADC# 131047 Brks # [illegible] 46 Job Assignment ________

| FOR OFFICE USE ONLY |
|---|
| GRV. # ________ |
| Date Received: ________ |
| GRV. Code #: ________ |

7/20/21 (Date) STEP ONE: Informal Resolution

________ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: [illegible]

________, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: ________

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): [illegible, struck through] The conspiracy of harassment retaliation by Cpt Plummer Lt Washington to put lock with key on box where all officer [illegible] Lt above where I got to wait to Lt come feed me only when its [illegible] on floor this any other day they let male Sgts feed me but nobody ever comes back get food trays leaving old with food trays in my cell having my cell full of [illegible] and this deny me adequate cell clean up [illegible] all in my trap deny me chemicals, spray chemicals in napkins that won't clean walls etc or floor. I see now I have a problem with this every chow call that just Cpt Plummer intent, but he only allowed to abuse his authority cause Warden Gibson, Shipman, Major Carroll refuse to take corrective action on Cpt Plummer [illegible] I will asked to be compensated at cost [illegible] for [illegible] stuff.

Mr. Derrick Scott — Inmate Signature

7/27/21 — Date

***If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on ________ (date), and determined to be **Step One** and/or an Emergency Grievance ________ (Yes or No). This form was forwarded to medical or mental health? ________ (Yes or No). If yes, name of the person in that department receiving this form: ________ Date ________

[signature] — PRINT STAFF NAME (PROBLEM SOLVER)

4177D — ID Number

[signature] — Staff Signature

7.27.21 — Date Received

Describe action taken to resolve complaint, including **dates**: Inmate was under Lt. and above. The lock is there to keep the Inmate from manipulating the trap. Per Capt. Brown.

Staff Signature & Date Returned Kennedy 8.3.21 Inmate Signature & Date Received ________

This form was received on ________ (date), pursuant to **Step Two**. Is it an Emergency? ________ (Yes or No).

Staff Who Received Step Two Grievance: ________ Date: ________

Action Taken: ________ (Forwarded to Grievance Officer/Warden/Other) Date: ________

If forwarded, provide name of person receiving this form: ________ Date: ________

(30)

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

CB01/0/07

**ISSR100**

**Arkansas Department of Corrections**
Varner Super Max Unit
**MAJOR DISCIPLINARY**

If the C.S.O. determines that the violation(s) described on this document are felonious; he/she must hand carry this document to the Unit Warden who must immediately notify the Director.

**Inmate:** Steward, Corey                    **ADC#:** 122825E         **Assignment:** AM:Ext Restrictive Housing
                                                                                                      PM:Punitive

**Class:** IV    **is being charged by**    Washington, Walter D                    **Title:** Lieutenant
**with code violation(s):**

02-12 Failure to keep one's person OR quarters IN accordance with regulations.OR failure to wear Department-issued ID OR clothing according to center/unit policy.
07-1  Unauthorized use of state property/supplies
08-4  Destruction OR intentional misplacement of property of another person or the Department
12-3  Failure to obey verbal and/or written order(s) of staff.

**Date & Time:**    08/26/2021    2:15 PM
**Notice of Charges:**

Incident Report Unit: Varner Unit
Incident Report Date/Time: 08/26/2021/05:50:40 PM
Incident Report Number: 2021-08-218
Incident Report Comments By: Walter D Washington
On August 26, 2021, at approximately 2:15 pm while I Lt. Walter Washington was doing a routine security check in cellblock 1 zone 2 ,I heard the sound of a sprinkler burst.I then observed water coming from underneath cell 107 door that housed Inmate Corey Steward #122825, (Class IV), (Ext. Restrictive Housing. Maintenance was then contacted and the sprinkler was then turned off and secured. Inmate Steward knows that his actions are against DOC policy. The cost to repair the sprinkler head is $32.89, Escutcheon Locking Rings is $11.57 each which total $56.03 in which Inmate Scott owe for restitution. Therefore, I, Lt. Walter Washington am charging Inmate Corey Steward #122825 with the following rule violations 2-12, 7-1, 8-4 & 12-3. Pending Disciplinary Court Review

(I affirm that the information in this report is true to the best of my knowledge)           Signature of Charging Officer

| **NOTIFICATION:** | **Officer** | | **Date & Time Notified** |
|---|---|---|---|

**Witness Statements:**    No  X         **If yes, list:**

Inmate's Signature

| **C.S.O. Review:** | **Outcome:** | Refer to Hearing Officer/Comm. | |
|---|---|---|---|
| | **By:** | Taylor, Scott A | **Date** 08/27/2021 |

| **Extension:** | No  X ____ Yes ____ | **Has extension form been completed?** |
|---|---|---|

Presentation by Counsel - Substitute is required when it is determined that the inmate is illiterate or incompetent or that the issues are extraordinarily complex.
    **Counsel-Substitute:**    **Assigned (Name)** _____        **Not Assigned**

NO



IGTT410
3GS

Attachment III

INMATE NAME: Scott, Deverick D.     ADC #: 131042B     GRIEVANCE #: VSM20-01265

### WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance you state, "On 5/1/20 at approx. 7:15 am - 8:15 am review camera footage outside my cell isolation 4 - 18 cell to show the deliberate harassment, retaliation of Lt. Washington he do everyday he come on shift and tell Cpl. M. Taylor, Cpl. T. Smith, Cpl. Parker to take my yardcall and other inmates yardcall telling them: You gonna take them outside and they got something on bars. Cpl. Smith responded: We just got over here. When they made it to my cell wasn't nothing up on bars. They seen wasn't nothing on bars. And I told them I want my yardcall. Lt. Washington responded: Fuck that don't take them out there. And Cpl. T. Smith, Cpl. Parker, Cpl. M. Taylor took my yardcall and several other inmates yardcall. Now they gonna use that as an excuse for now on they already taken it. If Dexter Payne, Marshall Reed, Warden Gibson, Shipman, Major Carroll, Cpt. Taylor would have been of supervise and take correction action against Lt. Washington for his abuse of authority and retaliation against inmate who filed grievances and lawsuits me and rest of inmates wouldn't go threw this. Him taking our yardcall is him punishing us. He don't have right. Even if we did have something on bars. That's a rule violation. He suppose to write a disciplinary only. And Cpl. T. Smith, Cpl. Parker, Cpl. M. Taylor to not write 005 report and report this Lt. Washington conducted take our yardcall is a violation of Ark. state tort law negligence and 1st, 8th, 14th amendment of U.S.C. I will asked to be compensated...."

Major Carroll advised that Lieutenant Washington refused your recreation time because your cell bars were covered. Several witnesses stated your bars were covered and you were given multiple direct orders to remove the items, but you refused to obey staff. Covering your door and bars prevents officers from seeing into your cell when they conduct security rounds, which is a violation of institutional rules and regulations. AD 19-27 allows inmates in punitive housing a minimum of one (1) hour of exercise per day outside of their cells five (5) days per week unless security or safety considerations dictate otherwise. Because you refused to obey direct orders from Lieutenant Washington, he appropriately denied your yard time on May 1, 2020. Therefore, I find this issue to be without merit.

Signature of Warden/Supervisor or Designee     RECEIVED     Title     _Warden_     Date 6/15/2020

JUN 1 0 2020

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? Major Carroll lied and tried to cover up for Lt. Washington. Review camera footage inside my cell and outside my cell. Lt. Washington wasn't even at my cell when yardcall crew made it to my cell. And the witnesses lied to. Which is a violation of Ark policy and procedures. I request my witnesses check camera footage to show all these officers lieing. I bet Cpl. Parker didn't say this. But these D-19 pages all states You can't take my yardcall. That is my right not a privilege. You still suppose to take me to yardcall and just let me take it off my bars.

Case: 5:19-cv-00079-BSM-PSH    Document #: 32-0    Date Filed: 10/17/2019    Page 17 of 70

**ISSR100**

**Arkansas Department of Corrections**
Varner Super Max Unit
**MAJOR DISCIPLINARY**

If the C.S.O. determines that the violation(s) described on this document are felonious; he/she must hand carry this document to the Unit Warden who must immediately notify the Director.

Inmate: Scott, Deverick Deshonce          ADC#: 131042B          Assignment: AM:Ext Restrictive Housing
                                                                                                   PM:Punitive

**Class:** IV    **is being charged by**    Dunlap, Tashalia T          **Title:** Correctional Sergeant
with code violation(s):

08-4  Destruction OR intentional misplacement of property of another person or the Department
02-12 Failure to keep one's person OR quarters IN accordance with regulations,OR failure to wear Department-issued ID OR clothing according to center/unit policy.
09-1  Possession/introduction of any firearm,ammunition,weapon,fireworks,explosive,unauthorized combustible substance, OR unauthorized tool. Rule violation may result in loss of all good time.
09-3  Possession/introduction/manufacture of any drug,narcotic intoxicant,tobacco,chemical,OR drug paraphernalia not prescribed by medical staff
15-3  The purchase or exchange of unauthorized articles or authorized articles obtained through unauthorized channels.

**Date & Time:** 07/25/2019      10:35 AM
**Notice of Charges:**

Incident Report Unit: Varner Unit
Incident Report Date/Time: 07/25/2019/10:35:00 AM
Incident Report Number: 2019-07-310
Incident Report Comments By: Tashalia T Dunlap
On 7-25-2019 at approx. 10:35am, I Sgt. T. Dunlap and Sgt. Higgins was conducting yard call in Isolation 1 zone 1. When I Sgt. Dunlap and Sgt. Higgins approached cell #15 which houses Inmate D. Scott #131042, Sgt. Higgins gave Inmate D. Scott #131042 a direct order to place all his clothing in the bars to conduct a strip search in which he complied and no contraband found on his person. Sgt. Higgins placed the restraints on Inmate D. Scott #131042 to escort him to the yard cage. I Sgt. Dunlap then conducted a random shakedown of Inmate Scott property I Sgt. Dunlap confiscated (2) homemade shanks approx. 7 inches long, and (1) unknown substance rolled in paper once field tested positive which was determine to be synthetic cannabis (K-2) that was discovered under Inmate Scott #131042 mat inside his cell. While I Sgt. Dunlap was searching the cell for more contraband, I Sgt. Dunlap noticed Inmate D. Scott #131042 had burned a hole in the observation lexan glass( the cost to replaced the lexan is $52.50) owe for restitution. I Sgt. Dunlap completed a confiscation form, chain of custody form, took pictures, and Major Disciplinary was Written. Inmate D. Scott #131042 was placed on behavior control, property was inventoried and packed and placed in the property room. Inmate D. Scott #131042 is aware with ADC rules and regulations. Therefore I Sgt. Dunlap am charging Inmate D. Scott #131042 with rule violations 08-4, 02-12, 09-1, 09-3, and 15-3. Pending DCR.

(I affirm that the information in this report is true to the best of my knowledge)          Signature of Charging Officer

| **NOTIFICATION:** | Officer | | Date & Time Notified  7/28/19  815 |
|---|---|---|---|

**Witness Statements:**    No  X          If yes, list:

Inmate's Signature

| **C.S.O. Review:** | **Outcome:** Refer to Hearing Officer/Comm | | |
|---|---|---|---|
| | **By:** Carroll, Brandon C | | Date  07/26/2019 |

| **Extension:** | No  X | Yes | Has extension form been completed? |
|---|---|---|---|

Presentation by Counsel - Substitute is required when it is determined that the inmate is illiterate or incompetent or that the issues are extraordinarily complex.
**Counsel-Substitute:**    Assigned (Name)                              Not Assigned



SCAN INTO EOMIS UPON COMPLETION                    F-401

## STATE OF ARKANSAS – DEPARTMENT OF CORRECTION

## CONFISCATED FORM – AREA OR PERSON

*(Check One)*  __✓__ Inmate  _____ Visitor  _____ Staff  _____ Area

Unit: Varner Supermax  Building or Area: Violation  Barracks _____ Cell 15

Date and Time of Search: 07/25/19  10:35  ; pm/am⟲

Officer(s) Conducting Search: (Print) Sgt. T. Dunlap

Officer(s) Conducting Search: (Signature) _____

Inmate Name: Deverick Scott  ADC #: 131042

Articles Seized (description and number of items):

| Number | Description |
|--------|-------------|
| 2 | 7 inch home made shanks |
|  |  |
|  |  |
|  |  |

Reason Seized: _____ Voluntarily Produced Excess Property  __✓__ Contraband  _____ Disciplinary/Criminal Evidence

Other _____

Inmate Signature: _____  ( ✓ ) Refused to Sign

Area/Shift/Supervisor: (Signature) _____

Disposition of Contraband: Warden's evidence box

Copy Delivered to Inmate: Date: 7-25-19  Time: 11:30am

Delivered By: (Signature) _____

Disciplinary Written:  ( ) No  (✓) Yes  By: _____

Voluntarily Produced Excess articles only may be mailed to:

Inmate authorizes deduction of postage from pen store account for voluntarily produced excess property only:
( ) No  ( ) Yes  Inmate Signature: _____

### To be completed by UPCO

Destruction Date: _____/_____/_____

UPCO: (Signature) _____ Witnessing Staff: (Signature) _____

Original – Institutional file   Pink Copy – Inmate   Scanned copy – UPCO copy

F-401                                                                    Revised

*MAX 4/018*

*82*

**ISSR100**

**Arkansas Department of Corrections**
Varner Super Max Unit
**MAJOR DISCIPLINARY**

If the C.S.O. determines that the violation(s) described on this document are felonious; he/she must hand carry this document to the Unit Warden who must immediately notify the Director.

**Inmate:** Scott, Deverick Deshonee    **ADC#:** 131042B    **Assignment:** AM:Ext Restrictive Housing
PM:Punitive

**Class:** IV    **is being charged by**    Dunlap, Tashalia T    **Title:** Correctional Sergeant
with code violation(s):

10-3  Indecent exposure; may result in a referral for criminal prosecution.
12-3  Failure to obey verbal and/or written order(s) of staff.

**Date & Time:**  06/02/2020    11:28 AM
**Notice of Charges:**

Incident Report Unit: Varner Unit
Incident Report Date/Time: 06/02/2020/11:28:00 AM
Incident Report Number: 2020-06-013
Incident Report Comments By: Tashalia T Dunlap
On June 2, 2020 at approximately 11:28 a.m., while standing at Vsm control J, Sgt.T.Dunlap, observed Inmate Deverick Scott #131042 standing in the visitation area (Cell 20) staring directly at me with his erect penis in his hand moving it in a back and forth motion. I, Sgt. T. Dunlap, gave Inmate D. Scott #131042 a direct order to cease his actions in which he did not comply. Therefore I, Sgt. T. Dunlap , am charging Inmate D. Scott #131042 with the following charges 10-3 and 12-3. Pending DCR.

*Dunlap, Tasha*

(I affirm that the information in this report is true to the best of my knowledge)    Signature of Charging Officer

| NOTIFICATION: | Officer | *Sgt. T Carroll* | Date & Time Notified | *6/4/22*  *1502* |
|---|---|---|---|---|

**Witness Statements:**    No  X    If yes, list:

*McG Warner*

Inmate's Signature

| C.S.O. Review: | Outcome: | Refer to Hearing Officer/Comm. | | |
|---|---|---|---|---|
| | By: | Carroll, Brandon C | Date | 06/03/2020 |
| Extension: | No  X | Yes | Has extension form been completed? | |

Presentation by Counsel - Substitute is required when it is determined that the inmate is illiterate or incompetent or that the issues are extraordinarily complex.

**Counsel-Substitute:**    Assigned (Name)    Not Assigned

*4*

Case: 4:19-cv-00859-JM-JTK    Document #: 29-0    Date Filed: 07/13/2020    Page 13 of 71
Case: 4:19-cv-00859-JM-JTK    Document #: 24-0    Date Filed: 06/19/2020    Page 14 of 32

**ISSR101**                    Arkansas Department of Correction                    

### DISCIPLINARY HEARING ACTION

**Inmate:**  Scott, Deverick Deshonee          **ADC#:**  131042B          **Unit:**  Varner Super Max

**Code Violation(s):**
   10-3   Indecent exposure; may result in a referral for criminal prosecution.
   12-3   Failure to obey verbal and/or written order(s) of staff.

**Date/Time of Alleged Offense(s):**          06/02/2020  11:28 AM

**Hearing Date:**   06/05/2020               **Time:**  **Start**     8:22 AM                    **End**   8:26 AM

**Recorder:**   Minor, Justine M          **Tape#:**          **Side:**          **Meter:**  **From**          **To**

**Plea:**   Not Guilty, Not Guilty                                                      **Attendance Waived:**     No

                                                                   **Has waiver form been completed?**_____

---

**Inmate's Statement:**

1. she could not see me from where she said that she was

_____
**Signature of Inmate**

---

**Court Questions:**
Do you have a statement?

---

**Sentencing Conditions:**

**Verdict:**   Guilty, Guilty

| | | | |
|---|---|---|---|
| **Punitive Isolation Days to Serve:** | 30 | **Days Suspended:** | 0 |
| **GT Class Reduced to:** | IV | **Class Suspended:** | |



MAY4/018

RECEIVED 76451 JUL 28 2020 Director Arkansas Department of Correction

RECEIVED JUN 16 2020 ADMINISTRATIVE DISCIPLINARY ...

64

F-831-4

**Major Disciplinary Appeal Form**

Inmate Name Omarh Scott ADC# 131042

Unit/Center VSM Punitive Isolation ✓ Yes ___ No

Disciplinary (date) 4/8/20 by (charging officer) Sgt. T. Dunlap

6/8/20 Appealed to Warden/Center Supervisor: Note, if you do not agree with the decision of the Disciplinary Hearing
Date Officer, you have 15 business days from receipt of disciplinary action to appeal to the Warden/Center Supervisor.
**Warden's Decision: Affirm** ✓ Reverse ______ Modify ______ (See attached if modified)
Signature: [signature] Date 6/9/20

6/10/20 Appealed to Disciplinary Hearing Administrator: Note, if you do not agree with the response of the Warden/Center
Date Supervisor, you may appeal within 15 business days from receipt of the Warden/Center Supervisor's response to the Disciplinary Hearing Administrator.
**DHA's Decision: Affirm** ✓ Reverse ______ Modify ______ (See attached if modified)
Signature: [signature] Date 06/25/20

7/6/20 Appealed to Director: Note if you do not agree with the Disciplinary Hearing Administrator's response, you may
Date appeal within 15 business days from receipt of the Disciplinary Hearing Administrator's decision to the Director.
**Director's Decision: Affirm** ✓ Reverse ______ Modify ______ (See attached if modified)
Signature: [signature] Date 08/11/2020

**Notice to Inmate: This form is to be used for all appeal levels and responses. Briefly state reasons why conviction or punishment should be reversed or modified. This information will be considered at all three levels of appeal. Only information that is contained within this space on this form will be considered:**

Grounds for overturn

1. Ms. Minor found me guilty on incomplete record without witness requested by me "camera footage" of hallway that'll prove Sgt. Dunlap stood infront of VSM control while door I was in visitation cell never came in visitation. And no way from hallway infront of VSM control could she see in visitation area #20 cell which is a solid door and she didn't ... lied on me and Ms. Warner was sitting right here beside my ... She ... on me ... charges for lawsuit I just ... falsified statement to try to get me criminal charges for lawsuit ... her falsification of verbal/written statements ... on her ... criminal charges ... Scott v. Payne 4:20-cv-20-17-5 ... 11-2 ... on me in case ... The ADC policy ... cannot call camera for witness and witness statements ... camera footage will prove innocent and ... 

RECEIVED JUN 9 2020 VARNER UNIT ...

Inmate's Signature: Omarh Scott Date: 4/9/20

Original to be submitted for appeal; copies for inmate's use to proceed to next level if timely response not received.

43



**Division of Correction**



**Office of the Director**

**6814 Princeton Pike**
**Pine Bluff, Ar 71602**
**Phone: (870) 267-6200**
**Fax: (870) 267-6244**

## MEMORANDUM

TO:      Inmate Deverick D. Scott, ADC# 131042
         Varner Super Max

FROM:    Dexter Payne, Director

RE:      Major Disciplinary Appeal

DATE:    August 11, 2020

Please be advised that I am in receipt of your disciplinary appeal regarding the major disciplinary you received 06/02/2020 at 11:28 a.m. by Sgt. T. Dunlap.

You state in your appeal that you were found guilty not having your requested witness—the camera footage, which would prove Sgt. Dunlap stood in front of VSM Control and never went to visitation where you were; that there is no way from the hallway in front of VSM Control that could she see in Visitation Cell #20, which is a solid door; that she did not know Mr. Varner was sitting right there beside your trap; that she has intentionally falsified her statement in retaliation for the lawsuit you have just filed on her; and that camera footage will prove you are innocent.

Your disciplinary states, "On June 2, 2020, at approximately 11:28 a.m., while standing at VSM control, I, Sgt. T. Dunlap, observed Inmate Deverick Scott #131042, standing in the visitation area (Cell 20), staring directly at me with his erect penis in his hand, moving it in a back and forth motion. I, Sgt. T. Dunlap, gave Inmate Deverick Scott #131042 a direct order to cease his actions, in which he did not comply. Therefore, I, Sgt. T. Dunlap, am charging Inmate D. Scott #131042 with the following charges 10-3 and 12-3, pending DCR."

You stated during your disciplinary hearing, "She could not see me from where she said that she was."

After a thorough review of all the documents pertaining to this matter, I am upholding the guilty verdicts of rule violations 10-3/Indecent exposure; may result in a referral for criminal prosecution and 12-3/Failure to obey verbal and/or written order(s) of staff; therefore, your request to reverse your disciplinary is denied.

DP/rg

cc.    Warden / Inmate File / File

"For Future Court Appearances"

1 of 3
(81)

To: Deter Payne, Marshall Reed, Major Carol, Warden Bet
Warden Shipman

I request corner footage of hallway in front of Unit control
and in unit the one hallway on 9/2/20 between 11:00 am - 1:00 pm
and investigation by h-kead Ellens, O-14 polygraph test to prove
the intentional retaliation by Sgt. T. Dunlap for lawsuit I file on her
regarding criminal charges file.

1. I been telling yaull your officers dont see me actually masterbate
on them. But in an attempt to harass, retaliate, discriminate they use the
a-c main key they no one yaull have anything about 10-3 yaull dont
want to hear nothing even if inmate masturbate like me again. Now first
this reason I was so call discriminated on harass retaliate on it but and
put in special watch cell tell thats solid door. These mental health and
medical personal can not even watch me receive jacket and see if I steal
and tear something out. But all yaull care about is the intentionally
harassing and discriminating, retaliating on me.

2. Corner review footage of Unit control booth will slow and prove that
at approx 11:28 am 9/2/20 Sgt. Dunlap was standing in Unit control booth
and never enter unit the one. I was locked in cell #20 a solid steel
door directly for these same retaliation actions of officers falsifying st-
atements. You can not see thru solid steel door. So unbeknownest to
Sgt. Dunlap. Witness requested: Mr. Warner of mental health was
sitting walk here at my trap. Trap door open with my mental health
jacket with my head on mental health jacket turning pgs. So once

3 of 3

officers violating ADC policy. And Huh, why 'cu officers ~~suppose~~ stady harass, retaliate, discriminate on me 'cause they no be gonna allow them.

5. I didn't get to mention how I been denied my 4th + which on 3/21/20 again,

6. he said he gonna consult my court order to renew mental health jacket, medical jacket if I don't show him court order when ADC lawyer, Correct Core Solution lawyer theyself came down here to visit and told them let me renew jacket upon request I drew a writ for I how to get notes for my several different open court cases. And that's reason while they conspired with Sgt Dunlap to falsify allegations.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

4/9/20

Mr. Derrick Scott #131042

P.O. box 600

Grady, Ar 71644

(46)

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _VSM_

Name _Derrick Scott_

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # _VSM20-01496_ |
| | Date Received: _09/10/2020_ |
| | GRV. Code #: _803_ |

ADC# _23042_     Brks # _124-18_ Job Assignment

_6/2/20_ (Date) STEP ONE: Informal Resolution

_6/8/20_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_6/2/20_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _Camera review of battery will prove Sgt_ _Sh retaliated on me for lawsuit and falsified statement involving ADC policy._

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): _I request investigation by Internal Affairs 014_ _against Sgt Scott whose statement have other crime under an 6/2/20 at approx_ _12:20am she profanely intentionally harassed retaliated discriminate etc._ _Sgt T. Dudge in violate ADC AD-10 Employee Conduct Standards section 15b Infor-_ _mation of unprofessional statements harassment ii penis by discharge. Sgt Dudge_ _falsified statement to 3rd Shift Sgt who cancelled my mental health intake mgmt and_ _Counseling session late court ordered and release on 6/2/20 grv #20-00946 deny_ _with Sgt L. Smith the staff now I ask off door fucking at toilet deny penis and asking_ _question. I'm not thinking about nobody else. I sit down time is silly me it over be_ _on inst. I'm day stalker inmate that were Sgt Dudge see me I dare to believe_ _and habit statement speak I'm onlooking is her. She lie and say she actually_ _see me just knowing the sleeper sitting just here by my tray talking to me. But she_ _see? She lie system. I am hungry their people. don't see me masturbating or see my penis_ _but penis out the cell on to the prison I ate cut cause me to boil as retaliation_ _and profile. That Sgt delivery should all did use it time to dare see as say she sees_ _some like. She just feel forced her about under the cell_ _Derrick Scott_                               _6/2/20_

_Inmate Signature_                                                    _Date_

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _6-3-20_ (date), and determined to be Step One and/or an Emergency Grievance
_No_ (Yes or No). This form was forwarded to medical or mental health? _No_ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____        _____        _____    RECEIVED    _6-3-20_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature                              Date Received

Describe action taken to resolve complaint, including dates: _____

JUL 0 7 2020

RECEIVED

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _6/8/20_ (date), pursuant to Step Two. Is it an Emergency? _N_ (Yes or No).
Staff Who Received Step Two Grievance: _Morodin_           Date: _06-09-20_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If your issue was not resolved, _____ person receiving this form: _____ Date: _____
_WARDEN UNIT GRIEVANCE_

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate for Completion of Step Four.



IGTT430
3GD

Attachment VI

INMATE NAME: Scott, Deverick D.    ADC #: 131042    GRIEVANCE#:VSM20-01496

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

In your grievance dated 6/2/2020 you stated, "I request investigation by Internal Affairs 0-14 polygraph test and witness statement from Mr. Warden on 6/2/20 at approx. 12:00 am the continue intentionally harassment, retaliation, discrimination of Sgt. T. Dunlap to violate AD#00-10 Employee Conduct Standards section 18.b falsification of written/rebel statments information is punish by discharge. Sgt. Dunlap falsified statement to Lt. Mahoney who cancelled my mental health jacket review and counseling session that court ordered and prescribe on 5/21/20 VSM #20-00966 along with Sgt. L. Smith. Ask Mr. Warner I was at door looking at jacket turning pages and asking questions. Im not thinking about nothing else. Lt. Mahoney come in telling me its over he no what Im doing stalking women. Just cause Sgt. Dunlap see me in door she assume and falsify statement saying Im masterbating on her. She lie and say she actually saw me, not knowing Mr. Warner sitting right here by my trap talking to me. What she see? And this patter I have been having. These female don't see me masterbating, or see my penis but assume and lie and go to Lt. Mahoney & etc and cause me to have an altercation with police. What Lt. Mahoney should of did was he come to door seen no way she seen."

On 6/26/2020, the warden responded, "Sergeant Dunlap stated that she never harassed, retaliated, or discriminated against you or any other inmate. Inmate records show that you have more than fifty (50) previous guilty charges of indecent exposure. Disciplinary Hearing Officers ensure that there are no unnecessary disciplinaries written, no bias in favor of the charging office, no presumption of guilty, reliable methods of determining whether an infraction has in fact occurred, and no blatant forms of partiality which can result from prior knowledge, involvement, bias, or personal interest in a particular case. A Disciplinary Hearing Officer found you guilty of indecent exposure and failure to obey an order from staff. Disciplinary matters are non-grievable issues. Therefore, I find this issue to be without merit."

Your appeal was received on 7/7/2020. After a review of your appeal and supporting documentation, I find that you were written a disciplinary due to your actions. Per AD 19-34 Inmate Grievance Procedure disciplinary matter are non-grievable.

Therefore, I will not address the merit of your appeal.

Director

Date    7-21-20

*Major Carroll*   Rejected as disciplinary matter ☐

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _VSM_

Name _Derek Scott_

ADC# _18043_    Brks #_114/Kell_ Job Assignment

[FAILURE TO FOLLOW POLICY HAS RESULTED IN A REJECTION FOR THIS APPEAL AND MARKS THE END OF THE APPEAL PROCESS]

FOR OFFICE USE ONLY
Grv. # _VSM20-01597_
Date Received: _06/22/2020_
GRV. Code #: _400_

_6/12/20_ (Date) STEP ONE: Informal Resolution

_6/20/20_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Cause Duffie will pass_
_Sgt Dodge talked divisually_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): _The conduct of Asst Department of_
_Correction, Distress Head of Lorenzo, Myles Capse, Sharita Bout, Linda Criter, Raymond_
_Naylor, M. Chou to make and enforce a policy at Disiplinary hearing on_
_6/5/20 that brought on 6/4/20 by Sgt Dodge into staff told it not another_
_required as witness to pass but inmate not on 6/3/20 Sgt Dodge came_
_nowhere in either view, while he was in there will mental health other Mr._
_Hime got he was behind a steel door and Sgt Dodge falsified statement_
_in violation of DO1 procedure to blind on her and while PPE complaint._
_This they got/enforced that closed Mr. Chou but got guilty of disciplinary_
_court context unless required or witness statement by Mr. Hime need to me_
_it's a violation of the 5th & 14th amendment out of Hostile especially since there_
_is no other way they don't check Camera footage when they check out to write_
_disciplinary on somebody if not they deeper and they should see this inconsistent_
_police and actions if the claim I'm hostile in excessive Solitary Confinement "Arabic_
_Seychelles" and would be abuse or abuse of power to let me out of Solitary confinement_

_M. Derek Scott_
Inmate Signature

_6/12/20_
Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_RECEIVED_
_JUN 29 2020_

PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature                  Date Received
Describe action taken to resolve complaint, including dates: _no response_

[RECEIVED]

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING _Derkrck Scott 6/20/20_
Staff Signature & Date Returned                Inmate Signature & Date Received
This form was received on _JUN 22 2020_ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _Sgt Ryas_    Date: _6/22/20_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step

IGTT405
3GT

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL, AND MARKS THE END
OF THE APPEAL PROCESS

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Scott, Deverick D.</u>      ADC #:  <u>131042B</u>
FROM: <u>Reed, Marshall (Dale) D</u>      TITLE: <u>Chief Deputy Director</u>
RE: Receipt of Grievance <u>VSM20-01597</u>  DATE: <u>06/29/2020</u>

Please be advised, the appeal of your grievance dated
<u>06/12/2020</u>
was received in my office on this date <u>06/29/2020</u>

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☐  The time allowed for appeal has expired
☑  The matter is non-grievable and does not involve retaliation:
    ☐  (a) Parole and/or Release matter
    ☐  (b) Transfer
    ☐  (c) Job Assignment unrelated to medical restriction
    ☑  (d) Disciplinary matter
    ☐  (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☐  (f) Involves an anticipated event
☐  You did not send all the proper Attachments:
    ☐  (a) Unit Level Grievance Form (Attachment 1)
    ☐  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☐  (c) Did not give reason for disagreement in space provided for appeal
    ☐  (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☐  (e) Unsanitary form(s) or documents received
    ☐  (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious



6/22/2020                    eOMIS - Arkansas - eOMIS Production V8.5- Prod3            1804/18

IGTT400                                                                         Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Scott, Deverick D.                    ADC #:  131042B
FROM:  Thrower, Caitlin S                         TITLE:  ADC Inmate Grievance Coord
DATE:  06/22/2020                                 GRIEVANCE #:  VSM20-01597

*FAILURE TO FOLLOW*

Please be advised, I have received your Grievance dated 06/12/2020 on 06/22/2020. *POLICY HAS RESULTED IN*
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious. *REJECTION FOR THIS*
*APPEAL AND MARKS THE END*
*OF THE APPEAL PROCESS*

C. Thrower

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- This Grievance will be addressed by the Warden/Center Supervisor or designee.
- This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- This Grievance has been determined to be an emergency situation, as you so indicated.

- This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- This Grievance was REJECTED because it was either non-grievable ( Disciplinary matter ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. *This is on the unconstitonal policy and custom on the ADC to deas me and rest of inmates witness reserved to pose our innocence "corpes reason" before we fired guilty at disaplicy court unitiry of st, 14th conduct right of USC*

Deverick Scott
Deverick Scott #131042

Inmate Signature

ADC#: 131042                    6/23/20
                                Date

RECEIVED
JUN 2 9 2020

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING



K Daniels /grv. ofc.
**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _VSM_

Name _Deverick Scott_

ADC# _131042_    Brks # _1114-H/204_ Job Assignment _____

| FOR OFFICE USE ONLY |
|---|
| GRV. # _VSM21-01224_ |
| Date Received _06/23/2021_ |
| GRV. Code #: _305_ |

W/C
OC

_6/10/21_ (Date) STEP ONE: Informal Resolution

_6/22/21_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _____ _If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _To recieve only I grievance a week_
_and Marshall need send order for greivance either to denie all inmates_
_grievces on non legistic or dates steps the siring of ALL grievance procedure_
_where they not trying to correct inmates Constitutional or right or priviliges_
_being violated what is suppose to be bail prosity and not to make excuse_
_to overlook it and allowd it to continue. For Warden Linton Marshall need_
_to have knowledge of these violations and act immediate and take correction_
_action prompt. ALL grievance procedure is undergotional. You dont denie_
_a grievance, and one been writing can be read. Its just Marshall need_
_sit on grievance officer to avoid from taken correction action. Thats why now_
_Mr. Page Say his injury cant had ____ or priviliges in 2 weeks. Yall dont_
_is his unit disciplinary._

RECEIVED
JUL 0 7 2021
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

_Mr. Deverick Scott_    _6/10/21_
Inmate Signature    Date

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Gordon_    _39956_    _Gordon_    _6/17/21_
**PRINT STAFF NAME (PROBLEM SOLVER)**    **ID Number**    **Staff Signature**    **Date Received**

Describe action taken to resolve complaint, including dates: _Ms. K. Daniels advised if the can not read_
_your grievance, she can not process it. Write neat and legible and your grievance will be_
_processed. In order to type a grievance she has to be able to read it._

_Gordon 06/18/21_    _Derrick Scott 6/22/21_
Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on _06/23/21_ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _Sgt Yanee_    Date: _06/23/21_

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _6/23/21_

If forwarded, provide name of person receiving this form: _Sgt Yan_    Date: _06/23/21_
**WARDEN'S APPT. GRIEVANCE**

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

Case: 5:15-cv-00007-BRW-JJV    Document #: 4-0    Date Filed: 01/29/2015    Page 48 of 48

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _E.A.C.U_

Name _Deverick Scott_

ADC# _131142_    Brks # _H-2 cell_ Job Assignment _____

<table>
<tr><td>FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. #_____</td></tr>
<tr><td>Date Received: _____</td></tr>
<tr><td>GRV. Code #:_____</td></tr>
</table>

_3/6/12_ (Date) STEP ONE: Informal Resolution

_7/7/12_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Pine bluff is violating_ _our due process right to due process disciplinary hearing._

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental
BRIEFLY state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): _The last 2 disciplinarys I recied I told the notification officer thorn to put names down for a witness and he said internal Affairs called him and told him we cant not come down. Now if they did that they violating our 14th Amendment due process right to a due process hearing where we can call witness to prove our innocents. But if they didnt tell him that he falsified a verbal statement, and shows how deep the corrupted ADC officers is in trying to cover up there officers assaulting me, and pass falsified FI statement. His chain of authority is punish by discharge if internal Affairs didnt call him and say that for all the breaks beside me he told that do._

_I request OTT polygraph test_

_Deverick Scott_
Inmate Signature

_7/8/12_
Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _5-2-12_ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name the person in that department receiving this form: _____ Date _____

_SGT Foreman_    _7256_    _SGT Foreman_    _5-2-12_
UNIT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including dates: _Inmate Scott on 5-3-12 I spoke with him. There is not your complaint he states that he explained this to you. This grievance form Pine Bluff and it states that you will not be allowed to put down the name as a witness_

_Sgt Foreman_    _5-7-12_    _Deverick Scott 5/7/12_
Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Off...)

(53)