IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVERICK SCOTT**                                                                                                    **PLAINTIFF**
**ADC #131042**

V.                                      NO. 4:22-CV-00255-JM-ERE

**DEXTER PAYNE,** *et al.*                                                                                      **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Scott's timely objections, as well as a *de novo* review of the record, the Court approves and adopts the Recommendation in all respects.

Accordingly, this case is DISMISSED, without prejudice. It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 12th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE