IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVERICK SCOTT**  **PLAINTIFF**
**ADC #131042**

**V.**  NO. 4:22-CV-00255-JM-ERE

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE